*United State  District Court — Eastern District of New York*

UNITED STATE DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------X

# Evidentiary documents in support to this civil action and verdict for court review for finding and question the law.

1

# EXHIBIT -  A


# Page – 15 - 16



**Bellevue** Hospital Center
South Manhattan Healthcare Network

First Ave & 27th St, New York, NY 10016   tel 212.562.4141

9/16/13

New York

To whom it may concern:

BILLY EDO has been in treatment in the hospital from 9/10/13 and will be discharged today 9/16/13 with outpatient follow up.

Any further information is contingent of HIPPA confidential regulations, with the appropriate consent by the patient.

Sincerely

Federico Zuniga MD
Bellevue Hospital Center
212-562-6598

**HHC**

NEW YORK CITY
HEALTH AND
HOSPITALS
CORPORATION

n y c . g o v / h h c

THANK YOU FOR CHOOSING HHC

BILLY EDO
5840 MAIN ST
FLUSHING NY 11355-5336

## Important Message

Your bill remains unpaid. Please pay your balance promptly. If you are unable to pay this bill, immediately visit our office or call to ask about our HHC Options program at (212) 562-6264/6265.

El pago de su factura sigue pendiente. Por favor pague su saldo a la brevedad. Si no puede pagar esta factura, visite nuestra oficina inmediatamente o llamenos al (212) 562-6264/6265 para obtener informacion sobre nuestro programa HHC Options.

## Account Summary

| | |
|---|---|
| Patient Name: | Edo ,Billy |
| Statement Date: | 10/31/13 |
| Service Date(s): | 09/09/13-09/16/13 |
| **Account Number:** | **33192998** |

## Charge Summary

| | |
|---|---|
| Previous Balance: | $.00 |
| Charges: | $13,242.64 |
| Payments/Adjustments: | $.00 |
| Account Balance: | $13,242.64 |
| **Please Pay This Amt:** | **$13,242.64** |

## Insurance Information

INS 1:
INS 2:
INS 3:
INS 4:

## Contact Us

For questions, please call our office at 212-562-6264/6265.

26978

*Please Note: If paying by check, see message on back of coupon.*

---

Make Checks Payable To: Bellevue Hospital Center

**HHC**

Bellevue Hospital Center
Attn: Patient Accounts
462 First Ave
New York, NY 10016

**ADDRESS SERVICE REQUESTED**

☐ Check box if your address or insurance information has changed. Please make changes on back.

| Account Number: | Please Pay This Amount: |
|---|---|
| 33192998 | $13,242.64 |
| Patient Name: | Due By: |
| Edo ,Billy | 11/10/13 |

| | VISA | | | | | DSC VER | | | |
|---|---|---|---|---|---|---|---|---|---|

Card Number:                          CVV2 No:*    Exp. Date:

Signature:                             Amount Paid:

* The CVV2 Number is the last 3 digits on the back of your credit card, by your signature

00026974   001   0.53
BILLY EDO
5840 MAIN ST
FLUSHING NY 11355-5336

BELLEVUE HOSPITAL CENTER
P.O. BOX 5281 GPO
NEW YORK, NY 10087

00003319299800000132426400101016008



# EXHIBIT -  B

# Page - 28



## QUEENS HOSPITAL CENTER

New York City Health And Hospitals Corporation
82-68 164th Street, Jamaica, New York 11432
(718) 883-3000

Affiliated with
Mount Sinai School of Medicine

Date: 4/1/15

To Whom It May Concern:

Billy Boniface was admitted to Queens Hospital Center on 3/22/15 and was discharged on 4/1/15 . If there are further questions, please feel free to contact me at (718)883- 2786 .

Sincerely,

Georges Jean-Pierre, M.D.
Department of Psychiatry



**HOSPITAL CENTER**

New York City
Health and Hospitals Corporation
Affiliated with
Mt. Sinai School of Medicine

Dear Mr. Billy Boniface,

This letter is to confirm that Billy Boniface was admitted to Elmhurst Hospital Center (EHC) on Sunday, October 25, 2015. Mr. Boniface was discharged from EHC on Monday, November 9, 2015. If you should have any further questions, I can be reached at 718-334-3513. Thank you.

Seon Mee Lee, LCSW
Social Worker
Elmhurst Hospital Center, Unit AB11
718-334-3513

79-01 Broadway
Elmhurst, New York 11373
Tel:   718 334-4000

 **Elmhurst**

**HOSPITAL CENTER**

New York City
Health and Hospitals Corporation
Affiliated with
Mt. Sinai School of Medicine

To: Federal eastern district court of Brooklyn new York:

Mr. Billy Boniface ( birth date:7/24/57) has been treated in mental health clinic at Elmhurst hospital since 5/7, 2015, writer started treating this patient since 5/20/2015, usually every 4 weeks, he is currently taking risperidone 2 mg bid, Cogentin 0.5mg qam, and Zoloft 50mg qam.

DSM-IV diagnosis:

Axis I schizophrenia, paranoid

Axis II deferred

Axis III right leg problem after stroke

Axis IV unemployed, housing problem

Axis V 50

Sincerely yours,

Treating psychiatrist

Yuan-Fang Chen MD

9/15/2015

79-01 Broadway
Elmhurst, New York 11373
Tel: 718 334-4000



**Elmhurst**

**HOSPITAL CENTER**

New York City
Health and Hospitals Corporation
Affiliated with
Mt. Sinai School of Medicine

To: Federal eastern district court of Brooklyn new York:

Mr. Billy Boniface ( birth date:7/24/57) has been treated in mental health clinic at Elmhurst hospital since 5/7, 2015, writer started treating this patient since 5/20/2015, usually every 4 weeks, also he come for psychotherapy q 2 weeks, he is currently taking risperidone 3 mg bid, Cogentin 0.5mg qam, and Zoloft 100mg qam. Invega sustenna 156mg IM q month.

DSM-IV diagnosis:

Axis I schizophrenia, paranoid

       Depression with anxiety

Axis II deferred

Axis III right leg problem after stroke

Axis IV unemployed, housing problem

Axis V 50

Sincerely yours,

Treating psychiatrist

Yuan-Fang Chen MD

5/16/2016

79-01 Broadway
Elmhurst, New York 11373
Tel:   718 334-4000

# EXHIBIT - C


# Page – 48 - 49

BILLY B. EDO
P O BOX 1296.
New York, NY 10150.                              Re: N C R /B/1583/13
E-mail- billynewyork@usa.com


                                          Date:   6/19/2013

NEW YORK CITY THE STATE OF NEW YORK
Att:   Attorney General
Law Department office of the Attorney General
120 Broadway
NY New York 10271.




**[Complaint Report Context Facts]**

*A Complaint report as regards of a Spanish detective officer for Aiding and Abetting under Conspiracy with African- American black police officers in your record for your previous investigation that he intentionally under omission and return me to peonage and homeless condition, obstructing enforcement lawsuit to defraud, Murder attempt to kill and kidnaping me which is violation and Criminal offense under USC § 1581(a) and (18 USC § 1583(3) includingUnder (New York penal law under section 125.5 criminal code.*


Dear Sir/ Madam with your honor and Excellence,

        That I Billy Edo a New York City resident, is respectfully filing this complaint report to the attention of New York City Authority or responsible offices or bureau for your immediate investigation and

intervention into my case as result of a Spanish detective undercover officer with other four unknown names Agents and more as result of their inconsistence and inadequate conspiracy misconduct action who intentionally engaged in aiding and abetting third party into criminal action to defraud under Murder attempt to kill me , kidnaping and premedical poisoning and pepper spray poison with gas to harm me in order to close my law suit case against the City of New York which will be in favor of the defendant and his agents , returning me toPeonageand homeless life condition again since March 30th 2013 after filing my law suit on the March 29th 2013  from the U S. Federal district court in order to obstruct and loss my lawsuit against the City of New York City, endangering and inducing Spanish other youths for attacking me on the street and public places as result of suspecting of  me gun of possession which is false accusation and allegation in order to create massive grave risk death to innocent people, attacking me with gun and knife to kill me from one of the African – American black police officers of which is a violation of constitutional rights, instigating and dispatching themselves and other Spanish youth police officers of the same action  under coconspirators with gun and other dangerous weapon for attacking me and to fight me and injured me so that I will be rush to the hospital whereby they plan to inject me with medical medicine to harm me or put me to rest and pronounced me death as result of the injury in according to their current omission  as result of hatred, color state and discrimination and my nationality as German citizen and this is a terrorist minded and criminal offense  from African and America black police officers as officer Raymond and Officer Ernestine including this Spanish detective Officers with other four unknown names agents your investigation that he  deliberately conspired with this elements for harassing to kill me under mafia intents and plotting to defraud my

law suit which is commission of acts and violation under state and federal criminal common law of classification code .

### Incidents Complaint Report

That I am filing this complaint report before City of New York government Authority that since I filed my lawsuit with the U S Federal court district as result of million dollars damages claim which was course by set of African and American black police officers your (agents) I have received several attacked to kill me as result of color state and discrimination and hatred that after filling my case on the March 29th 2013 I have been forced and threw out of my room where I was living at [ 520 west 156 street apt 51 , New York 10032 on March 30th 2013 and they intentionally returned me to peonage and homeless life condition with forcible threat in order to obstruct my law suite against the City of New York with the aid and abetting of this undercover detective Spanish officer by using my landlady from Dominican Republic and offer them price award of her action and the lady refused to accept my weekly rents payment and broke into my room and closet and removed the key pad lock from my door left my door empty without my consent with the help of her cousin a man that we are living together of the same apartment at 520west 156 street which is violation of privacy and criminal minded.

Conspiracy

That The detective undercover a Spanish officers is with round shaved beards in his mouth with little bite fat in nature who act as their principal actor subject to their commission of act and omission including other four unknown names Spanish agents and more and one of them has shave round beards with little bite blond, young of about 30s to 45 years of ages weight 150 lb and the other one is tall of about 5, 8 inch , with black grow up beards with little white hair in his beards around and the other officer is slim with grow beards including three Mexican police officers with round head and round shave beards and little beards at the middle bottom of his mouthwith their age between 32 to 48 years old little dark in color and one black man huge tall of about 5,59inch tall who is working  hand to hand with other Spanish youth under information sharing and planning to kidnaped me.

These elements are aiding and abetting or accessory African – America black police officers involved in this civil action for plotting to killed me and kidnaped me and stab me to death under their agreement and omission in order to close my case as result of their wrong doing which is not acceptable in according to the criminal constitutional law and in this case there must be justice because I am innocent man contrary to their claim under the color state law and discrimination and racial profile.

**First Attack**

That on January 30, 2013, under their omission of furthering action of African and American black police officer with the aid of this Spanish

detective officers conspiracy I was attack three times by some group of Spanish youth of about six to eight of them living at 555 and 557 at 156 street in a building with my believe that they are police officers because they always standing there as a group as active duties guards and at any time I am leaving home to the city they always leave their position from other side of street with intention and purposely to attack me in group of six persons and meet me across the other side of the street pretending they have gun and acting if they want to rub me under with their pretense of they are having gun and they are police as well suspecting me of having gun myself so that I can shot them first and they will use this as opportunity to arrest me or shot me back in this case of their action of which I do not have any gun and I became careful of them.

Harassment

**On April 26, 2013** under the same condition of returning me homeless and suffering for **peonage life and tort** without home and shelter living in the street inside heavy cold as result of this detective officer for aiding and abetting these elements under conspiracy with African – American back police officers involved in my case for their furthering action he ordered two Spanish youth police officers between the age of 24 to 32 years old with intention but not on duty purpose to wait for me inside the N train line running Astoria and Co. island at 12 .30 am and issued me a ticket violation for forcible arrest of trespass with the alleged of passing the train coach door to the coach with a visible sign with $75 dollars fine that dose not happened and I did not pass through the door just because of hatred and discrimination minded omission to harm me in according to my experience known as ex-detective officer but I decided to borrowed

money to paid the fine as result of my Security company who intents to engage of his business under unarm and arm services after my case will be over,  that following this complaint report as result of this incident with these Spanish two officers action is inconsistence as officer Amida and his officer ID 947199 his badge number 21170 and the other officer Mohsin with his badge number 20781 who acts under racial profile.

That on this very date in April 26, 2013 I let McDonald restaurant at 52 street in 3rd Ave to take a warm at the N- line train because the weather was so cold and frozen and when the train stopped at the station  to pick up passengers and I get inside the train and I saw two police officers lying opposite each another  down at the seat with other homeless sleeping lying at the passages seat with police badge on his uniform side facing up and the other officer sat at opposite him at the coach door pretending they was at sleep or they was really felt asleep or something else happened to them,  I was worried why both officers was lying down but not seating or standing, i walked  toward them to find out what was wrong if something happened so that I can contact the conductor to call 911 or other police officers for immediate assistance and help , when this officer Mohsin  held  my foot step he suddenly get up and ask me were am I going and I responded to him that I am riding to Manhattan and because I approach them because I suspect something was wrong and lying down because I was shock he said that do you known if you pass through the door it is an offense I replied him that there is a sign there  but I was trying to found out what was happening to you why both of you was lying on the both side of the train door seat and he did not even allowed me to finish my explanation and he took me out of the train as said followed him out of the train and officer Amida requested for my   ID

and he was issuing me ticket violation and I said to him to stop and he did not listen to me because I did not pass through the train door because you would have been patience to see me actually passed through the door before issuing me ticket violation and both of you was at first pretending sleeping or actually sleeping.

## Death Threaten to cut my neck

After this incident a Spanish man of his age 30s came to me where I was distributing flyers for Verizon in front of the building to make living and get out of the  street at 3ave, threaten that they will cut my neck and stab me to death with knife and he quickly ran away and at that moment there was a police car standing in front of the Verizon store with two police Spanish  officers seating inside their patrol van and watching us and one of them is inspector witnessing the incident and I quickly rush to them and asked if they noticing what the Spanish man attacking me with threating words to cut my neck  if they saw him and what he was doing and they said no because both of them was a Spanish and they said no and they were not saying the truth and both of drove ways.

## Kidnaping Attempt

**On the May 23, 2013** at 1.34 am these elements the Spanish attempt to kidnap  me at six Avenue at 22nd street with five cars and three of these cars was black and the small car white color with  a white van including  brand color car and it look  like Japanese made car  with siren blue and white light to be clearing the traffic if they succeeded their omission just to Stab me to death and dump me to unknown location and two of the Spanish men wearing  yellow sign jacket with

communication radio came out of the brand car first in side by side watch my movement to grab me like chicken and it was well planned and they drove away immediately when they understand that I caught them with their omission  that they are coming after me and I ran back and be  screaming and shouting trying to call 911 on my  cell phone  and  under this condition I was running  and to escape my death of their attempt of kidnapping me I was unable to take the picture of one of their cars and the car plate number and they drove away very fast with high speed.

On June 14, 2013 at  12.58 am there was two black guy with black car saw me sitting in front of a store building about 20 meter from the place where I am doing clearing a French restaurant at 20th street for Saturday and Sunday  just to add and  pay my rent, they park their car and walk toward me if I am sleeping and I quickly walk away immediate  because they understand they are after me and both of them was  using their cell phone trace me to the restaurant and when they saw me they walk away.

## Knife and Gun Attempt to kill me

On the 16, 2013 at 1.07 am Sunday just almost the same time  where the Spanish and African – American trying attempt to kidnap me, I bought kebab with rice eating at 20street rushing to start my cleaning job at the French restaurant just 5meter close to the restaurant, I saw one of African – America black man of 32 to 36years  of age, he sound like one of the police officers and he was wearing blue t- shirt and blue jean with plastic shopping bag in his hand walking toward me for attack to kill me he stopped me and said that he is sending me to the hospital now and said fuck me that I am gabins  and  I asked what

have I done to him and why black is fighting black in the street he said that was my business and as he was putting up his black hand globe preparing to attack me and ready to fight , I saw him with a gun and black knife seriously to harm and fight me then I quickly throw my food I was eating toward the street side with force in order to divert his attention he turn around and jumped toward the street when he saw a white girl was coming and two men standing their car watching, he ran toward six avenue and at the same time I saw another black with black man wearing jacket to believe they were together and coming toward us between the corner of six avenue and 20street he was giving him his gun to this man and he quickly walk away before this lady arrived and get to us and he was running toward the club at 21 street and this lady saw us that he was trying to attack me and she was walking toward this guy and questioning the black African- American wearing blue jeans with t – shirt what is happening and both walked toward the club and I call 911 immediately for assist both ran way and when four police officers came with two police cars I explained the situation to them and described him to them and one of the officer said they will be driving around to look for him and accompanying officer name for assistance is **Officer Butler, Badge number 2542** and they was trying to drive me to my working place of cleaning for Saturday and Sunday only for paying for room but it was very near I can walk and they drove away.

## Tort law violation and be suffering of emotional distress

Since 2010 to 2012 I have been homeless without money to live as normal people as result of the African – American black police officers negligence and recklessness action for restricted all my

financial resource and deprived me of my civil rights to operate my four companies and having a family as a victim of police inadequate action and misconduct without receiving any financial aid from the city of New York or any financial assistance as result of hatred, racial profile and discrimination and harassment of his agents which is violation under first and fourth Amendment rights for his looted all my properties and valuable documents not to prove their wrong doing as evident under unreasonable research and seizure .

At the being of **August 8, 2012.** I managed to get out of the street as homeless man through the help of good Samaritan with white and Indian people that offer me a job for low salary at their restaurants and after working for them for less than three months and After later the African and American black police discovered this location of my jobs they went at the restaurant and tell the boss to fire me that I am smelling and they threw me out of my jobs at Café basil and restaurant at 3rd Ave between 47th and 48 street and under the same condition of defamatory statement I was fired from different jobs places.

On the August 13, 2012 I went to apartment agency whereby they gave me a room for $150 dollars a week at apartment 5k at 1370 St Nickolas Ave new York 10037 as my landlady called Mrs Reina Olivares from Dominican Republic and the second day I moved into this woman apartment she accused me of working with CIA and FBI and I was surprise of such statement because I never discuss such issue even to my closest wife or friends or any member of my families she was very serious telling me this statement and I questioned her who told her this information and she said, she has a cousin which is

undercover police officer and I strongly explained to this lady I do not known anything of such nature that I am cook working in the kitchen to make living after this issue of argument she called her daughter and requested a spare key of my door with her excuses that in case of emergency and I gave her the spared key and beside that I told her that it was a lies and such things are not happening and that was a lies that I am not working for F B I or CIA that I am a good Christian that I only work with the bank before

Thereafter my university graduation and she said that her daughter finished university as well, under this circumstance of accusation I told her that it was formulated false statement just as the element said that I am smelling which is defamatory false statement to cause harm then she said that I am okay that I am not smelling and we continue living together as tenant and landlady without sexual interest and I became careful of such action and avoiding too much discussion.

In October 15, 2012 she brought some people to the apartment claiming that it was her visitors and when I left my apartment she opened my door for them and they were inspecting my clothes, under wears and stock that are dirty for laundry for washing and when I return home from the city I did not meet these people again in the apartment but I found out that my clothes and pillow cases was smelling pepper spraying and poison gas and my bag was opened and I called her that my door was opened and she admitted that she opened the my door because she was looking for shopping cart and she was lying and I was angry for bring other people inside room I don't known inside my room for inspecting my dirty clothes and the advise me to been looking for another room to pack out of the mother

apartment in other to avoiding police problem that she did want any court action and the daughter and the son in-law was not supporting her action after this incident I bought secret camera telephone and wall clock and again she brought her cosine the detective officer inside the room again and when I came home from Manhattan the first the lady said is that I have to remove the clock and any telephone device from my room and before I came home they have removed already disconnected my secret telephoned and the clock camera from the wall and switch off my electricity light in my room and I continue living with stress with this lady pepper spray that was affecting my life.

**On November 24, 2012** I discovered that they are trying to use this woman to harm me through this detective officers under the network system of conspiracy from African and American black police officer for poisoning my food and café and water with injected medical inflammation and premedical in my refrigerator inside my room, and when I opened my room to drink some water it smelling some very bad with medical odor in my food and café and I am not sick or used hospital medical treatment or place any alcohol or medicine inside my refrigerator and I called this woman for question her she can feel the odor under condition I reported the issue to her two sons and daughter and called one of her son to the room to see himself for what her mother did to kill me as an evidence and she was lying and denied the allegation and the son did not support the mother action and he apologies but she admitted that she is the only one that has the key to get access to my room that she was told to be controlling me by his cosine detective officer and the son said to her mother that she has no right getting into my room without my permission they

do not  want any police or court problem that I should look for another room somewhere .

That under the same ground and condition of crime plot and to defraud intents from  these elements with the influence of African and American black police officers network system under hatred, and color state this  Spanish detective officers in question with his four and unknown names(X) willful engaged in this my case by instigating and inducing other Spanish youth police officers for harassment in the whole city in public places, restaurants, star buck, ordering two youth Spanish police officers harassing me and produced more qualities of  this pepper spray and poison gas and be using my landladies and landlord and individual by using this pepper spray to harm me  in the subways, inside the train, restaurants and starbuck inside my room that is affecting and destroying my immune system organ and oral and the most worst of all the element has arrange under the omission to give me HIV through testing of blood or any injection treatment in any hospital or doctor for medical treatment which is violation and terrorizing plot just to take my life and I did not do anything wrong to  harm any America citizen or associate with any organization to harm any New Yorker and I have been filling several complaint report to the New York government and not have been changed for the African-American black police officer that stolen my multi million dollars project businesses and deprived me of rights and family and place me for ten years business and personal suffering of torts and intentional infliction of emotional distress and homeless.

Conclusion

That I am respectfully and highly requesting under your authority with honor to review this matters of facts as result of these elements harassing to kill me and this is a serious criminal offense and criminal plot to defraud that his agents are violating what is call federal and state constitution laws without considering the consequence and law of the nation and these elements (African- America and Spanish ethnic comeswho come together to harm me are from the law enforcement agents themself of which their action is prohibited and they supposed to protect any citizen or foreigners in the land and they are violating legal duty and diplomatic treaty of executive level between the Germany and America Government of safety.

**Reference argument**

In reference to Federal constitutional laws under the international law treaty and agreement between the Germany and American government of safety of citizen life and business, for example , if a Germany police officers should put threat or death threat to an American businessman or any America Citizen living in Germany what will be the result action of America government when the America citizen is not in terrorist threat to the German government. That I am here to create jobs and looking forward to be America citizen and I am not against any state laws or head any governmental office or put threat to the New York city Government under this circumstance why should i be facing death threaten and I have no freedom of moment in New York City.

That under this condition I want your Government to carefully review this case and remedy this situation for further action as result of these elements trying to assassinate me and blocking my future plans and causing me multi- million dollars and up billions of dollars Damages from my investors and for his agents depriving me to operate my companies as result of my global business scale.

That I am using this opportunity to contact the City of New York to track down and correct these elements of their destruction, that I am looking forward for my safety and to work hand to hand with the City of New York governments in support of the future development for the City and as well to reduce crimes and create more jobs and bring the homeless people to live.

Yours respectfully

Billy Edo

The Complaint

**District Attorney**
**Queens County**

125-01 Queens Boulevard
Kew Gardens, New York 11415-1568

**Richard A. Brown**
District Attorney

(718) 286-6000
**www.queensda.org**

February 3, 2014

BILLY EDO
58-40  MAIN STREET
FLUSHING,NY
11355

Dear Mr. Edo:

Attached is a copy of an order of protection that was recently issued by a Justice of the Criminal Court of the City of New York and served upon the defendant in the matter of:

| | |
|---|---|
| Defendant's Name: | MIAH M SHARIF |
| Arrest Number: | 606965/14 |
| Protectant's Name: | BILLY EDO |
| Order Date: | 2/2/2014 |
| Expiration Date: | 8/1/2014 |

Please note that if the box "Temporary Order of Protection" is checked the Order of Protection will expire upon the expiration date noted above OR upon the disposition of this case, whichever comes first. If the order is extended at the next court date, we will send you a letter with any new information.  If you also wish to receive an email notification of the extension, please let us know.

**INSTRUCTIONS ON READING THE ORDER OF PROTECTION:**
The terms of the order are simple.  If BOX 01 AND 02 AND 14 are checked the defendant (the person arrested) CANNOT have any contact with you either by phone, mail or in person. The defendant also may NOT GO to your home, school or place of business.  If ONLY BOX 02 is checked the defendant is ALLOWED to have contact with you however he/she MUST REFRAIN from committing any criminal acts against you including: Assault, Stalking, Reckless Endangerment, Disorderly Conduct, Intimidation, or Threats.

**CRIME VICTIMS ADVOCATE PROGRAM:**
Should you have questions about your rights as a crime victim, or feel that you might need services, please call our Crime Victims Advocate Program (CVP) Office at 718-286-6812.  This program is described at the following link: http://www.queensda.org/forms/cvap.pdf.

Your rights as a crime victim and an explaination of the crime victim's compensation process can be found at: http://www.queensda.org/victim_rights_answer.html

If you have any questions regarding this case, or if you wish to bring information to the attention of the assigned assigned assistant, please call 718-286-6000 and you will be connected to the ADA.

Complaint# 2014-109-01114                                      Page 1 of 3



# New York City Police Department
## Omniform System – Complaints

| Report Cmd:<br>109 | Jurisdiction:<br>N.Y. POLICE DEPT | Record Status:<br>Final, No Arrests | | Complaint #:<br>2014-109-01114 |
|---|---|---|---|---|

| **Occurrence** FRONT OF 40-21<br>**Location:** MAIN STREET<br>Name Of Premise:<br>Premises Type: STREET<br>Location Within PUBLIC SIDEWALK<br>Premise:<br>Visible By Patrol?: NO | **NYC Parks Dept. Property**<br>Did this offense occur on NYC Parks Dept.<br>Property?<br>Command:<br>NYC Parks Dept. Property Name: | Precinct: 109<br>Sector: F<br>Beat:<br>Post: 5 |
|---|---|---|

| **Occurrence From: 2014-02-10 11:20 MONDAY**<br>Occurrence thru: 2014-02-10    11:25<br>Reported: 2014-02-10    11:45<br>Complaint Received: RADIO | Aided # <u>000000325</u><br>Accident #<br>O.C.C.B. # |
|---|---|

| **Classification: ASSAULT**<br>Attempted/Completed: COMPLETED<br>Most Serious Offense Is: MISDEMEANOR<br>PD Code: 101   ASSAULT 3<br>PL Section: 12000<br>Keycode: 344  ASSAULT 3 & RELATED OFFENSES | **Case Status: OPEN**<br>Unit Referred To: P.D.U.<br>Clearance Code:<br>Log/Case #: 0<br>File #: 38<br>Prints Requested? NO |
|---|---|

| Is This Related To Stop And Frisk Report<br>NO | SQF Number:<br>0000-000-00000 | Was The Victim's<br>Personal Information<br>Taken Or Possessed?<br>NO | Was The Victim's Personal<br>Information Used To Commit A<br>Crime?<br>NO |
|---|---|---|---|
| Gang Related?<br>NO | OCCB FOD Log #: | Name Of Gang: | Child Abuse Suspected?<br>NO |
| DIR Required?<br>NO | | Child in Common?<br>NO | Intimate Relationship?<br>NO |

| **If Burglary:**<br>Forced Entry?<br>Structure:<br>Entry Method:<br>Entry Location: | **Alarm:**<br>Bypassed?<br>Comp Responded?:<br>Company Name/Phone:<br>Crime Prevention<br>Survey Requested?:<br>Complaint/Reporter<br>Present?: | **If Arson:**<br>Structure:<br>Occupied?:<br>Damage by: | **Taxi Robbery:**<br>Partition Present:<br>Amber Stress Light Activated:<br>Method of Conveyance:<br>Location of Pickup: |
|---|---|---|---|

| Supervisor On Scene - Rank / Name /<br>Command : | Canvas Conducted:<br>YES | Translator(if used): |
|---|---|---|

**NARRATIVE:**
AT T/P/O C/V STATES HE WAS WALKING IN THE VICINITY OF MAIN ST & 40 RD WHEN AN UNKNOWN MALE HISPANIC, APPROX 18-20 YEARS OLD WEARING A LONG WHITE JACKET AND BLUE JEANS PUNCHED HIM IN THE FACE AND FLED ON FOOT IN AN UNKNOWN DIRECTION. NO PROPERTY WAS REMOVED AND PERP DID NOT MAKE ANY STATEMENTS. C/V SUFFERED SWELLING TO THE LEFT SIDE OF HIS FACE AND WAS REMOVED TO NY HOSP QUEENS.

## No NYC TRANSIT Data for Complaint # 2014-109-01114

| Total Victims:<br>1 | Total Witnesses:<br>0 | Total Reporters:<br>1 | Total Wanted:<br>1 |
|---|---|---|---|

| *VICTIM: # 1 of 1* | Name:<br>EDO,BILLY B | Complaint#:<br>2014-109-01114 |
|---|---|---|

Complaint# 2014-109-01114

| | |
|---|---|
| UMOS: NO | Name: |
| Sex/Type: MALE | Identifiers: |
| Race: BLACK | |
| Age: 56 | |
| Date Of Birth: 07/24/1957 | |
| Disabled? NO | Will View Photo: YES |
| Is this person not Proficient in English?: NO | Will Prosecute: YES |
| If Yes, Indicate Language: | Notified Of Crime Victim Comp. Law: NO |
| N.Y.C.H.A Resident? NO | |
| Is Victim fearful for their safety / life? YES | |
| Escalating violence / abuse by suspect? NO | |
| Were prior DIR's prepared for C/V? NO | |

| LOCATION | ADDRESS | CITY | STATE/COUNTRY | ZIP | APT/ROOM |
|---|---|---|---|---|---|
| HOME-PERMANENT | 58-40 MAIN STREET | QUEENS | NEW YORK | 11354 | 2FL |

Phone #: CELL: 917-877-0127

| Action against Victim: | Actions Of Victim Prior To Incident: WALKING ON A PUBLIC SIDEWALK |
|---|---|
| Victim Of Similar Incident: NO | If Yes, When And Where |

| *REPORTER: # 1 of 1* | Name: EDO,BILLY B | Complaint #: 2014-109-01114 |
|---|---|---|

| | |
|---|---|
| Nick/AKA/Maiden: | Gang/Crew Affiliation: NO |
| Sex/Type: MALE | Name: |
| Race: BLACK | Identifiers: |
| Age: 056 | |
| Date Of Birth: 07/24/1957 | |
| Is this person not Proficient in English? NO | Relationship To Victim: |
| If Yes, Indicate Language: | |

| Location | Address | City | State/Country | Zip | Apt/Room |
|---|---|---|---|---|---|
| HOME-PERMANENT | 58-40 MAIN STREET | QUEENS | NEW YORK | 11354 | 2FL |

Phone #: CELL: 917-877-0127

| *WANTED: # 1 of 1* | Name: UNKNOWN, | Complaint#: 2014-109-01114 |
|---|---|---|

| | | |
|---|---|---|
| Nick/AKA/Maiden: | Height: 5FT8IN | Order Of Protection: NO |
| Sex: MALE | Weight: 150 | Issuing Court: |
| Race: WHITE HISPANIC | Eye Color: BROWN | Docket #: |
| Age: 18 | Hair Color: BLACK | Expiration Date: |
| Date Of Birth: UNKNOWN | Hair Length: SHORT | Order of Protection Violated? |
| U.S. Citizen: | Hair Style: STRAIGHT | Does Suspect abuse Drugs / Alcohol? NO |
| Place Of Birth: | Skin Tone: LIGHT | Suspect threatened /attempted NO suicide? |
| Is this person not Proficient in English?: | Complexion: CLEAR | |
| If Yes, Indicate Language: | | Is the suspect Parole / Probation? NO |
| Accent: NO | S.S. #: 0 | Relation to Victim: STRANGER |
| | | Living together: NO |
| | | Can be Identified: NO |

| | |
|---|---|
| | Gang/Crew Affiliation: |
| | Name: |
| | Identifiers: |

LOCATION  ADDRESS  CITY  STATE/COUNTRY  ZIP  APT/ROOM  HOW LONG?  RES. PCT

Development: N.Y.C. Transit Employee:

| Physical Force: | USED |
|---|---|

## Weapons:

| | Gun: | | | | |
|---|---|---|---|---|---|
| Weapon Used/Possessed: | NONE | Make: | | Recovered: | |
| Non-Firearm Weapon: | | Caliber: | | Serial Number Defaced: | |
| Other Weapon Description: | | Color: | | Serial Number: | |
| | | Type: | | | |
| | Other/Gun Specify: | | | | |
| | Discharged: | NO | | | |

| Used Transit System: | |
|---|---|
| Station Entered: | |
| Time Entered: | |
| Metro Card Type: | |
| Metro Card Used/Poses: | |
| Card #: | |

| CRIME DATA | DETAILS |
|---|---|
| STATEMENTS MADE | NONE |
| METHOD OF FLIGHT | ON FOOT |
| MODUS OPERANDI | UNKNOWN |
| MODUS OPERANDI | ASSAULT 3 |
| ACTIONS TOWARD VICTIM | INJURY USING PHYSICAL FORCE |
| CLOTHING | ACCESSORIES -JEANS -BLUE |
| CLOTHING | OUTERWEAR -WAIST LENGTH JACKET -WHITE |
| CLOTHING | HEADGEAR -UNK -UNKNOWN COLOR |
| CLOTHING | FOOTWEAR -UNK -UNKNOWN COLOR |
| CHARACTERISTICS | UNKNOWN |
| BODY MARKS | -UNKNOWN |
| BODY MARKS | -UNKNOWN |
| IMPERSONATION | UNKNOWN |

## No IMEI Data for Complaint # 2014-109-01114

| Reporting/Investigating M.O.S. Name:<br>POM ROBBINS ADAM | Tax #:<br>937389 | Command:<br>109 PCT | Rep.Agency:<br>NYPD |
|---|---|---|---|
| Supervisor Approving Name:<br>SGT KEMP MICHELLE | Tax #:<br>910836 | Command:<br>109 PCT | Rep.Agency:<br>NYPD |
| Complaint Report Entered By:<br>POM CHU | Tax #:<br>915063 | Command:<br>109 PCT | Rep.Agency:<br>NYPD |
| Signoff Supervisor Name:<br>SGT KEMP | Tax #:<br>910836 | Command:<br>109 PCT | Rep.Agency:<br>NYPD |

| END OF COMPLAINT REPORT<br># 2014-109-01114 |
|---|

Print this Report

Q14606965

CRIMINAL COURT OF THE CITY OF NEW YORK
PART APAR, COUNTY OF QUEENS

THE PEOPLE OF THE STATE OF NEW YORK      STATE OF NEW YORK
                     v.                            COUNTY OF QUEENS

MIAH M SHARIF (27Y)

                     DEFENDANT

---

POLICE OFFICER CRYSTAL JACKSON OF 109TH PRECINCT, TAX REG#: 949134,
BEING DULY SWORN, DEPOSES AND SAYS THAT ON OR ABOUT FEBRUARY 2 2014
BETWEEN 7:40AM AND 7:45AM, INSIDE OF 58-40 MAIN STREET 2, COUNTY OF
QUEENS, STATE OF NEW YORK, THE DEFENDANT COMMITTED THE OFFENSES OF:

PL 120.14-1 [AM] MENACING IN THE SECOND DEGREE - (DNA SAMPLE REQUIRED
     UPON CONVICTION)
PL 265.01-2 [AM] CRIMINAL POSSESSION OF A WEAPON IN THE FOURTH DEGREE
     - (DNA SAMPLE REQUIRED UPON CONVICTION)
PL 110/120.00-1 [BM] ATTEMPTED ASSAULT IN THE THIRD DEGREE - (DNA
     SAMPLE REQUIRED UPON CONVICTION)
PL 240.26-1 [V] HARASSMENT IN THE SECOND DEGREE

---

PL 120.14-1 [AM] MENACING IN THE SECOND DEGREE - (DNA SAMPLE REQUIRED
UPON CONVICTION)
     --- INTENTIONALLY PLACED OR ATTEMPTED TO PLACE ANOTHER PERSON IN
     REASONABLE FEAR OF PHYSICAL INJURY, SERIOUS PHYSICAL INJURY OR
     DEATH BY DISPLAYING A DEADLY WEAPON, DANGEROUS INSTRUMENT OR WHAT
     APPEARS TO BE A PISTOL, REVOLVER, RIFLE, SHOTGUN, MACHINE-GUN OR
     OTHER FIREARM.;

PL 265.01-2 [AM] CRIMINAL POSSESSION OF A WEAPON IN THE FOURTH DEGREE -
(DNA SAMPLE REQUIRED UPON CONVICTION)
     --- POSSESS A DAGGER, DANGEROUS KNIFE, DIRK, RAZOR, STILETTO,
     IMITATION PISTOL, SHIRKEN OF KUNG FU STAR OR ANOTHER DANGEROUS OR
     DEADLY INSTRUMENT OR WEAPON WITH INTENT TO USE THE SAME
     UNLAWFULLY AGAINST ANOTHER PERSON;

PL 110/120.00-1 [BM] ATTEMPTED ASSAULT IN THE THIRD DEGREE - (DNA
SAMPLE REQUIRED UPON CONVICTION)
     --- WITH INTENT TO CAUSE PHYSICAL INJURY TO ANOTHER PERSON, DID
     ATTEMPT TO CAUSE PHYSICAL INJURY TO SUCH PERSON OR A THIRD
     PERSON;

PL 240.26-1 [V] HARASSMENT IN THE SECOND DEGREE
     --- WITH THE INTENT TO HARASS,ANNOY,OR ALARM ANOTHER PERSON, THE
     DEFENDANT(S) DID STRIKE,SHOVE,KICK,OR SUBJECTED ANOTHER PERSON TO

AFF||56747R|559259

SHARIF,MIAH M  Q14606965

PHYSICAL CONTACT,OR ATTEMPTED OR THREATENED TO DO THE SAME.

THE ABOVE OFFENSES WERE COMMITTED AS FOLLOWS:

DEPONENT STATES THAT SHE IS INFORMED BY THE COMPLAINANT, BILLY EDO, THAT
AT THE ABOVE MENTIONED DATE, TIME AND PLACE OF OCCURRENCE THE DEFENDANT,
MIAH M SHARIF, POINTED A KNIFE AT THE COMPLAINANT AS HE WAS YELLING TO
THE COMPLAINANT TO GET OUT OF THE LOCATION. DEPONENT IS FURTHER INFORMED
BY THE COMPLAINANT THAT THE DEFENDANT PUNCHED THE COMPLAINANT IN THE
CHEST CAUSING SUSTANTIAL PAIN.

DEPONENT FURTHER STATES THE COMPLAINANT HANDED TO HER A KNIFE WHICH
THE COMPLAINANT IDENTIFIED AS THE ONE THE DEFENDANT USED.

DEPONENT IS FURTHER INFORMED BY THE COMPLAINANT THAT THE ABOVE MENTIONED
ACTIONS OF THE DEFENDANT CAUSED THE COMPLAINANT ANNOYANCE, ALARM AND
FEAR OF PHYSICAL INJURY.

FALSE STATEMENTS MADE IN THIS DOCUMENT ARE
PUNISHABLE AS A CLASS A MISDEMEANOR PURSUANT
TO SECTION 210.45 OF THE PENAL LAW

2/2/14  PO
DATE        SIGNATURE

SWORN TO BEFORE ME ON THE
DAY OF

2/2/14  PO
DATE        SIGNATURE



> 5o 4o Main Street
> Flushing, NY 11355
> 718 670-2000

### EXITCARE® PATIENT INFORMATION

Patient Name: <u>BILLY EDO</u>
Health Care Provider: <u>RYAN, MD, JAMES</u>

New York Hospital Queens would like to thank you for allowing us to assist you with your healthcare needs. A copy of your record for this visit can be obtained by contacting the Health Information Management Department at 718-670-1090. The Smokers Quitline is a free service that provides New Yorkers with help when they are ready to quit smoking. You may contact the New York State Smokers Quitline at 1-866-697-8487. You may also contact them via the Internet at <u>www.nysmokefree.com</u>. The attached includes patient education materials and information regarding your injury/illness.

**For patients 18 years of age and older, electronic copies of your health information and discharge instructions can be obtained through online at the NYHQ Patient Portal or at the Health Information Management Department at NYHQ. The Patient Portal link is located on the New York Hospital Queens website: www.nyhq.org. Prior to signing up for NYHQ Patient Portal access, patients must provide us with their email address. If you did not provide your email address during the admitting/registration process, please visit the Admitting or Health Information Management Department to provide it now.**

**When completing the fields to create a Patient Portal account, you must use the same LAST NAME, FIRST NAME, DATE OF BIRTH, EMAIL ADDRESS and PRIMARY PHONE NUMBER that was supplied to the Admitting/Registration staff.**

**Once the setup is complete, an email containing instructions on how to activate your Patient Portal account will be sent. <u>IF YOU DO NOT CLICK THE LINK WITHIN THE EMAIL TO ACTIVATE YOUR ACCOUNT, YOU WILL NOT BE ABLE TO LOGIN.</u>**

<u>**Remember: You must activate your account by clicking on the validation link within the email sent during account creation.**</u>

Please call <u>877-448-1769</u> for assistance with access to the Patient Portal. Please DO NOT call with medical questions as this Support is provided by non-medical personnel.

FOLLOW-UP INSTRUCTIONS

01 day: NYHQ New York Med & Diagnostic Center, - 80-46 Kew Gardens Road  Kew Gardens NY 11415 (718)261-1000 PLEASE CALL FOR AN APPOINTMENT

Document Released: 10/12/2011 Document Revised: 4/4/2013

# Assault, Physical

would be understood (*interpreted*) by a reasonable person as intent to harm another person or to damage his/her property. Threats may be oral or written. They may be communicated through regular mail, computer, fax, or phone. These threats may be direct or implied.

FORMS OF ASSAULT INCLUDE
➢ Physically assaulting a person. This includes physical threats to inflict physical harm as well as:
- Slapping.
- Hitting.
- Poking.
- Kicking.
- Punching.
- Pushing.
➢ Arson.
➢ Sabotage.
➢ Equipment vandalism.
➢ Damaging or destroying property.
➢ Throwing or hitting objects.
➢ Displaying a weapon or an object that appears to be a weapon in a threatening manner.
- Carrying a firearm of any kind.
- Using a weapon to harm someone.
➢ Using greater physical size/strength to intimidate another.
- Making intimidating or threatening gestures.
- Bullying.
- Hazing.
➢ Intimidating, threatening, hostile, or abusive language directed toward another person.
- It communicates the intention to engage in violence against that person. And it leads a reasonable person to expect that violent behavior may occur.
➢ Stalking another person.

IF IT HAPPENS AGAIN
➢ Should this occur again, immediately call for emergency help (911 in U.S.).
➢ If someone poses clear and immediate danger to you, seek legal authorities to have a protective or restraining order put in place.
➢ Less threatening assaults can at least be reported to authorities.

STEPS TO TAKE IF A SEXUAL ASSAULT HAS HAPPENED
➢ Go to an area of safety. This may include a shelter or staying with a friend. Stay away from the area where you have been attacked. A large percentage of sexual assaults are caused by a friend, relative or associate.
➢ **If medications were given by your caregiver, take them as directed** for the full length of time prescribed.
➢ Only take over-the-counter or prescription medicines for pain, discomfort, or fever as directed by your caregiver.
➢ If you have come in contact with a sexual disease, find out if you are to be tested again. If your caregiver is concerned about the HIV/AIDS virus, he/she may require you to have continued testing for several months.
➢ For the protection of your privacy, test results can not be given over the phone. Make sure you receive the results of your test. If your test results are not back during your visit, make an appointment with your caregiver to find out the results. Do not assume everything is normal if you have not heard from your caregiver or the medical facility. It is important for you to follow up on all of your test results.
➢ File appropriate papers with authorities. This is important in all assaults, even if it has occurred in a family or by a friend.

SEEK MEDICAL CARE IF
➢ You have new problems because of your injuries.
➢ You have problems that may be because of the medicine you are taking, such as:

> You begin to run a temperature.
> You need supportive care or referral to a rape crisis center. These are centers with trained personnel who can help you get through this ordeal.

## SEEK IMMEDIATE MEDICAL CARE IF

> You are afraid of being threatened, beaten, or abused. In U.S., call 911.
> You receive new injuries related to abuse.
> You develop severe pain in any area injured in the assault or have any change in your condition that concerns you.
> You faint or lose consciousness.
> You develop chest pain or shortness of breath.

FOLLOW-UP INSTRUCTIONS

01 day: NYHQ New York Med & Diagnostic Center, - 80-46 Kew Gardens Road Kew Gardens NY 11415 (718)261-1000 PLEASE CALL FOR AN APPOINTMENT

Document Released: 12/18/2006 Document Revised: 9/26/2009 Document Reviewed: 8/5/2009

## New York Hospital Queens • www.nyhq.org

TO:   NEW YORK HOSPITAL QUEENS

BILLY EDO
5840 Main St
Flushing NY 11355-5336

Primary Payor:   Bill Patient

Secondary Payor:

| Description | Qty. | Price | Contractual Allowance | Amount |
|---|---|---|---|---|
| A0429 1 BLS WITHIN QUEENS EM | 1 | 1,000.00 | 0.00 | 1000.00 |
| A0425 BLS MILEAGE | 1 | 10.00 | 0.00 | 10.00 |

BALANCE DUE:   $1,010.00

Thank you for using Hunter Ambulance, Inc..
If you have a Medicaid number, or any insurance information,
please call our Billing Office at (516) 371-0870.
If not, the balance due is your responsibility.

*Please refer to your run number on all correspondence.*   QUESTIONS?: *billing@hunterambulance.com*
- - Please see reverse side for important information. - -

IPPHUNT011

***DETACH LOWER PORTION AND RETURN STUB WITH YOUR PAYMENT. THANK YOU.***

| IF PAYING BY CREDIT CARD, FILL OUT BELOW | |
|---|---|
| CHECK CARD USING FOR PAYMENT   ☐ VISA   ☐ MASTERCARD | |
| CARD NUMBER | EXP. DATE |
| | 3 DIGIT SECURITY CODE (on back of card) |
| SIGNATURE | AMOUNT PAID $ |

HUNTER AMBULANCE, INC.
28 Sheridan Blvd.  ○  PO Box 960153
Inwood, NY 11096-1817

ADDRESS SERVICE REQUESTED

February 25, 2014

14-11375-1   251977330

BILLY EDO
5840 Main St
Flushing NY 11355-5336

HUNTER AMBULANCE, INC.
28 Sheridan Blvd.
PO Box 960153
Inwood, NY 11096-1817

| | AMOUNT DUE |
|---|---|
| PATIENT NAME BILLY EDO | $1,010.00 |

| RUN NUMBER | DATE OF SERVICE | STATEMENT DATE | AMOUNT ENCLOSED |
|---|---|---|---|
| 14-11375 | 02/10/2014 | 02/25/2014 | $ |


**Mount Sinai Hospital**

One Gustave L. Levy Place
New York, NY 10029
Entire Chart

EDO,BILLY B
MRN: 7915797
DOB: 7/24/1957, Sex: M
Adm:2/15/2014, D/C:2/16/2014

---

**Consult Notes (continued)**

Ventricles: Unremarkable. No hydrocephalus.
Bones: Unremarkable. No acute fracture.
Sinuses: Unremarkable as visualized. No acute sinusitis. No mastoiditis.

IMPRESSION:
1. No intracranial hemorrhage, evidence of recent stroke or other significant active disease.

---

**Assessment and Plan:**

Billy B Edo is a 56 y.o. male with h/o depression who presents with fluctuating R sided weakness and sensory loss since 9/2013. On exam, does have subtle R sided weakness and pronator drift with reported sensory loss; no prior stroke visible on CT head. Was very hypertensive on arrival to ED. It is possible that the patient had a small stroke circa September 2013 when symptoms were first reported, and now is having some fluctuation in symptoms possibly related to ?recent illness (pt reported) or hypertensive urgency - it does not appear that the patient had an additional acute event by history or imaging. History regarding patient's reported falls is a bit unclear, but seizure may be on differential as well, though last event was some weeks ago, and would not be likely to contribute to current presentation.

Recommendations:
- Pt will benefit from stroke workup given clear risk factors (elevated glucose, HTN) - will need A1c, lipids, MRI of brain, however given chronicity of symptoms, this can be done on outpatient basis, and patient does not need neurological admision
- BP control and antihypertensive agent per ED
- Follow-up in general neurology clinic for further evaluation - 212-659-8554

Discussed by phone with attending Dr. Tuhrim prior to communication of recommendations.

Swallow Eval: If stroke or TIA, Water swallow test:: Passed
I have discussed findings with requesting team

Signed by Stanley Tuhrim, MD on 02/15/14 2333

---


**Mount Sinai Hospital**

One Gustave L. Levy Place
New York, NY 10029
Entire Chart

EDO,BILLY B
MRN: 7915797
DOB: 7/24/1957, Sex: M
Adm:4/24/2014, D/C:4/24/2014

---

ED Provider notes (continued)

## Past Medical History
Past Medical History
Diagnosis                                                        Date
- Essential (primary) hypertension

History reviewed. No pertinent past surgical history.
History
Substance Use Topics
- Smoking status:                    Never Smoker
- Smokeless tobacco:              Not on file
- Alcohol Use:                          12.0 oz/week
   1 Cans of beer per week
      Comment: Guiness "for my stomach pains"


No Known Allergies

## History of Present Illness
**HPI Comments:** Mr Edo is a 56 yo man with PMHx of HTN, non-compliant with meds, who presents to the MSH ED with chief complaint of 3 weeks of R leg pain which he describes as pressure, constant, non-radiating, 10/10 and unrelieved by 3-4 ibuprofen tablets every 2-3 hours. He also reports loss of strength and weakness that is affecting his ambulation and that "I don't want to walk with a stick."

He also reports an intermittent R arm pain that he describes as "shocks" from his shoulder to his wrist that is also limiting his strength.

Mr. Edo also notes n/v/d for 5-6 days, last episode of NB/NB emesis yesterday afternoon.  He was able to tolerate PO at dinner without emesis or nausea. He describes the diarrhea as loose, without blood.

He has presented to the ED multiple time with neuro complaints and was most recently evaluated 2/2014 with negative ACS r/u, labs, head CT and evaluated by neuro and recommended outpt f/u. He reports having great difficulty assembling paperwork to apply for health insurance and reports that even though he has many appointments believes he is being refused treatment. During interview became tearful, then aggressive stating "you want me to kill myself." Tried to walk out of ED before throwing himself on the floor crying before he was escorted back to bed by security. Denied HI/SI.

Has past psych history of bipolar V. depression, hospitalized at Bellvue 9/2013. Off depakote and risperdal since 12/13.


Patient is a 56 y.o. male presenting to the Mount Sinai Emergency Department. The history is provided by the patient. No language interpreter was used.  Past medical charts, surgical history, allergies, family history, home medications, social history and past medical history reviewed. I have reviewed relevant laboratory values and I have reviewed relevant imaging studies
Extremity Pain:
Chronicity:  Chronic
Time course:  3 weeks
Onset:  Undetermined
Timing:  Continously
Progression since onset:  Not changed
Onset location:  At home
Numeric pain scale:  10/10
Pain severity:  Severe
Pain quality:  Pressure

---



**Mount
Sinai
Hospital**

One Gustave L. Levy Place
New York, NY 10029
Entire Chart

EDO,BILLY B
MRN: 7915797
DOB: 7/24/1957, Sex: M
Adm:4/24/2014, D/C:4/24/2014

---

**ED Provider notes (continued)**
Extremity: Hip, knee and ankle
Knee:
Affected location: Right  Anterior aspect
Ankle:
Affected location: Right
EtOH involved:  The patient did not drink alcohol
Drugs involved:  The patient did not use drugs
Mechanism of injury:  Unknown
Work related:  This is not a work related incident
 Associated symptoms: limited range of motion.no numbness, no stiffness, no tingling, no itching, no pallor, no pulseless extremity, no local extremity swelling, no deformity, no non-specific decreased range of motion and no tenderness.
Treatments tried:  OTC medications and heat
Improvement on treatment:  Mild
History of trauma?:  No history of extremity trauma
Critical care minutes: 30-74 min


## Review of Systems
Review of Systems
Constitutional: Negative for fever, chills, diaphoresis, activity change, appetite change, fatigue and unexpected weight change.
HENT: Negative for hearing loss, congestion, sore throat, rhinorrhea, neck pain and neck stiffness.
Eyes: Negative for visual disturbance.
Respiratory: Negative for cough and chest tightness.
Cardiovascular: Negative for chest pain, palpitations and leg swelling.
Gastrointestinal: Positive for nausea, vomiting and diarrhea. Negative for abdominal pain, constipation and blood in stool.
    **Cramping with diarrhea**
Genitourinary: Negative for dysuria, urgency, frequency, hematuria, flank pain and enuresis.
Musculoskeletal: Positive for gait problem. Negative for myalgias, back pain, joint swelling, arthralgias and stiffness.
Skin: Negative for itching, pallor and rash.
Neurological: Negative for tingling and numbness.
Psychiatric/Behavioral: Positive for dysphoric mood and agitation. Negative for suicidal ideas, hallucinations, confusion and self-injury. The patient is nervous/anxious. The patient is not hyperactive.


## Physical Exam
BP 185/100 | Pulse 82 | Temp(Src) 36.4 °C (97.5 °F) (Tympanic) | Resp 16 | SpO2 100%


Physical Exam
Constitutional: He is oriented to person, place, and time. He appears well-developed and well-nourished. He appears distressed.
HENT:
Head: Normocephalic and atraumatic.
Mouth/Throat: Oropharynx is clear and moist. No oropharyngeal exudate.
Eyes: Conjunctivae and EOM are normal. Pupils are equal, round, and reactive to light. No scleral icterus.
Neck: Normal range of motion. Neck supple.
Cardiovascular: Normal heart sounds and intact distal pulses.  Exam reveals no gallop and no friction rub.
No murmur heard.
**tachycardic**
Pulmonary/Chest: Effort normal and breath sounds normal. No respiratory distress. He exhibits no tenderness.
Abdominal: Soft. Bowel sounds are normal. He exhibits no distension. There is no tenderness. There is no rebound and no guarding.
Musculoskeletal: He exhibits no edema and no tenderness.

---



**Mount
Sinai
Hospital**

One Gustave L. Levy Place
New York, NY 10029
Entire Chart

EDO,BILLY B
MRN: 7915797
DOB: 7/24/1957, Sex: M
Adm:4/24/2014, D/C:4/24/2014

---

**ED Provider notes (continued)**

Right knee: He exhibits no swelling, no effusion, no ecchymosis and no deformity. No tenderness found.
**Pain with R hip flexion, described as pressure from thigh through to ankle.**
Lymphadenopathy:
He has no cervical adenopathy.
Neurological: He is alert and oriented to person, place, and time. He has normal strength and normal reflexes. No cranial
nerve deficit or sensory deficit. Coordination normal.
Skin: Skin is warm and dry. No rash noted. He is not diaphoretic. No erythema. No pallor.
Psychiatric: His mood appears anxious. His affect is angry and labile. His speech is rapid and/or pressured and tangential.
He is agitated and hyperactive. He exhibits a depressed mood. He expresses no suicidal plans and no homicidal plans.

## Assessment/Plan
Mr Edo is a 56 yo man with PMHx of HTN, bipolar v. Depression non-adherent to meds, who presents with 3 weeks of
pressure, constant, non-radiating R leg pain, shooting right arm pain, 6 days of n/v/d but tolerating PO found on exam to
have reproducible R leg pain on hip flexion but intact strength, sensation and pulses throughout.

- Pain relief for leg with percocet
- psych eval for possible mania with delusions
- UA/U tox
- labs
- EKG
- IVF for nausea/diarrhea

## Updates

Signed by Kevin G Munjal, MD on 04/24/14 1528

**Revision History**

| Date/Time | User | Action |
|---|---|---|
| >04/24/14 1528 | Kevin G Munjal, MD | Signed |
| 04/24/14 1211 | Katherine A Legare, MS | Shared |

---

**ED Attending Notes**

ED Attending signed by Kevin G Munjal, MD at 04/24/14 1320

| Author | Kevin G Munjal, MD | Service: | Emergency Medicine | Author Type: | Physician |
|---|---|---|---|---|---|
| Filed: | 04/24/14 1320 | Note Time: | 04/24/14 1127 | | |

## Attending Notes
### Attending Note

Billy B Edo is a 56 y.o. male who presents to ER with a chief complaint of 3 wks of R leg pain. Pain is pressure like.
Reports Weakness, loss of strength. +n/v/d, last episode yesterday. Also reports R arm numbness and weakness, w/
"shock" pain rad down arm. Tried motrin w/o relief.

Mult ER visits, various neuro complaints. Had nml CT head and neuro eval in February. Instructed to f/u. Has appt at


**Mount Sinai Hospital**

One Gustave L. Levy Place
New York, NY 10029
Entire Chart

EDO,BILLY B
MRN: 7915797
DOB: 7/24/1957, Sex: M
Adm:4/24/2014, D/C:4/24/2014

---

**ED Attending Notes (continued)**

1:30pm today.

has a past medical history of Essential (primary) hypertension.  Bipolar.  Off psych meds

Tobacco/Alcohol use not on file

Afebrile, tachy, other VSS
HEENT: wnl
Lungs CTA B/L
Heart: RRR nl S1S2
Abd: Soft, NT, ND
Ext: no edema, -SLR
Neuro: no focal deficits. Sensation equal b/l.  5-/5 on RLE, Antalgic gait

A/P:
Leg Pain/Arm Pain
- Pain mgmt

Nausea/Diarrhea
- Labs
- !VF

F/U w/ Neuro for further eval of weakness.

Signed by Kevin G Munjal, MD on 04/24/14 1320

---

**ED Procedure Notes**

**ED Procedure signed by Kevin G Munjal, MD at 04/24/14 1529**

| Author:<br>Filed: | Kevin G Munjal, MD<br>04/24/14 1529 | Service:<br>Note Time. | Emergency Medicine<br>04/24/14 1528 | Author Type: | Physician |
|---|---|---|---|---|---|

Procedure Orders:
  1. Electrocardiogram, Complete [121141526] ordered by Kevin G Munjal, MD at 04/24/14 1140

Electrocardiogram, Complete 4/24/2014 3:28 PM
EKG interpreted by ED Physician

Notes: Electrocardiogram, Complete
EKG interpreted by ED Physician

EKG Strip Properties:
Rhythm: Normal Sinus
Rate: Normal bpm
Initial Interpretation: Normal EKG
Conduction is normal
Normal ST Segments
Normal T Waves
There are no other significant findings

Clinical Impression: Normal EKG

---

Exhibit 2



The Mount Sinai Hospital
One Gustav L. Levy Place
New York, N.Y. 10029-6574

**Mount Sinai Hospital**
Patient Financial Services
B1 Registration Dept
1468 Madison Ave
MC Level Room 220
(212) 241 5676

Patient Services / CAM
17 East 102nd Street
D1 Level Room 228
(212) 824 7280, 7281, 7282

Re: Charity Care/Financial Assistance Application

Name: _Edo, Billy_     MRN: _7915797_

This is to confirm that the patient has initiated an application for Financial Assistance. Accordingly, the patient will be responsible to make a partial payment of $ _219.26_ for today's visit. **The patient should be treated and registered as a self pay.**

It is necessary for the patient return within 10 business days in order to meet with a financial counselor and provide the documentation needed to establish eligibility under our Financial Assistance policy. Until such time the application is completed, the patient is fully responsible for total charges.

Once eligibility under the institutional policy is documented and validated in accordance with the policy, the appropriate adjustments will be applied. At such time, the patient may be responsible for an amount greater or less than the partial payment requested for today's visit.

Failure to complete the application prior to the date mentioned below will result in total charges becoming fully due and payable. All access shall be in accordance with the institutional "Payment at Time of Service" (PATOS) policy.

This authorization is valid until _5_ / _14_ / 2014.

Thank you,

_WARREN_

Department of Financial Counseling
B1 _____
CAM _✓_

Dated _5/14_/2014
(212) _824 728 /_

**RECEIPT** DATE 5-14-14    No. 504429    $219.00

RECEIVED FROM Edo, Billy

Renal

2915797 _____ DOLLARS

○ FOR RENT
○ FOR _____

| ACCOUNT | | ○ CASH | |
| PAYMENT | | ○ CHECK | FROM _____ TO _____ |
| BAL. DUE | | ○ MONEY ORDER | |
| | | ○ CREDIT CARD | BY _____ |

# EXHIBIT - D

# Page - 53

Billy B. Edo
134-19, 60 Ave
2nd Floor                           *Complaint Report contrary to*
Flushing NY 11355                   *age discriminatory,harassment ,color of law and*
E-mail: billy-jfc32@usa.com         *nationalityat workplace under conspiracy*
Tel: 347 - 923-6621

Date: August 14 , 2014

Postal mailing Address :
P O Box 1682
New York NY 10150

U S EQUAL EMPLOYMENT OPPORTUNITY
COMMISSION
Att: Director, Kevin J. Berry
33 Whitehall Street, 5th Floor
New York, NY 10004

*Complaint report and request for notice of right to sue therefrom*
*EEOC as result of age discriminatory,harassment under color of*
*law,race and nationality in workplace under conspiracy as co-*
*conspirators and perpetrators against human rights asjoint successive*
*tortfeasors,underthreaten and intimidation to cause physical harm*
*and damages for your authority investigation contrary to lawsuit in*
*federal district court in New York City for jurisdiction procedures as*
*matter of law .*

Dear Sir/Madam with honor and Excellence,

I   Billy B.Edoa resident of New York City is respectfully filling
thiscomplaint report thereto your effective authority attention for
investigation therefor an action as matter of law under the United
state constitutional civil rights under labor law pursuant to Title VII
civil rights act of 1964 and Title VII civil rights act of 1967
as result of New York City police(some elements )therein (NYPD) as

the Spanish detective officer criminal conspiracy as the aider and abettor in this subject matter including his accomplice five Spanish officers as co-conspiractors therewith other Latino Spanish youth and their community members as perpetrators as result of their inadequate and inconsistencemalicious discriminatory harassment threaten, sexual assault and abused misconduct practice or pattern pursuant to *42 U.S.C§ 14141 that is prohibited thereunder the law enforcement provision* which has constituted of violating federal constitutional civil right and criminal common law that resulted assault, battery, sexual harassment and defamatory statement thereof smelling campaign that damage my professional carrier and reputation, therewith the elements intentional attack with designed banned hot pepper that contains Capsaicin and dangerous chemistry in my workplace and public places, store, bus stop as an omission that cause me physical injuries and emotional harm which has been reported to the New York city authority such as to Attorney General , District Attorney office and New York police internal affairs bureau as result of the elements conduct therefor investigation including justice Department and FBI as result of crime facts and violations as result of these officers disregard the law and federal constitution civil rights and engaged themselves in unlawful commission of acts and intentional torturetherewith extend of severalphysical harm and mental pain,psychological disorder and mental depression, mood disorder, moment disorder to my right hand and right leg under treatment including and intentional infliction of emotional distress which is extreme outrageousand pursuant to *18 U.S. C § 2340*(1)(2) as result of elements malicious discriminatory harassment, sexual assault and abused to my family, Conspiracy against rights, harassment in my workplace therewith age discrimination under conspiracy  pursuant to 18 U.S.C *§ 371* as vindictiveness and retaliation of an action under criminal offenses commitment conduct thereof obstructing  enforcement , court judicial   procedures   as co-conspirators and perpetrators to complete omission that is prohibited under the law enforcement

provision as knowledgeable  law enforcement  agents whom they aware of the law and risk and knowingly and wilfully engaged in unlawful commission of acts therefrom (African - American and Spanish Latino police officers )acting under one principle authority power which is in difference asjoin successive tortfeasorsunder color of law, race and nationality as cause of action subject to their commission of acts under omission and agreement to commit substantial harm and damages thereto third party, whom they intentionally violated federal constitutional Civil rights under fourth and fourteenth section (1) clauses andalso pursuant to *18 USC§ 242*under color of law , deprivation  of civil rights, privileges or immunities, enjoyment of life, liberty  freedom of moment and speeches under color of law including labor law Title V11, under conspiracy against rights that cause me several personal injurious, income loss, economic loss ,properties loss pursuant to18 U.S.C §241 as result of elements threaten to murder me under  intimidation in order for the authority to override their criminal commitment which is corruption.

Under this circumstances with threaten and suffering of intentional infliction of emotional distress and mental depression I files several complaint report to the New York City authority or Government to such as ***Attorney General office , District Attorney office and New York police internal affairs bureau to*** stop and control his agents violating of federal and state constitutional rights and criminal common law since 2010 to 12014 for remedial action and his agents unknown names (x) the elements did not comply and they continue their repetition of furtherance action and disregards the law of the nation of United states

Join successive tortfeasors

That the first original tortfeasor contrary to this deposition is officer Raymond among others elements as the principal actor subject to

their commission of acts under sexual assault and abused to my wife during our marriage living together as a couple as 1 to 45 African – American police officers and individual without feeling under hatred and color of law because she is a white woman has motivated the elements aggressor and aggravated sexual assault and raped under federal sexual offense crime law U.S.C *§ 2241 and 2242 under Authority investigation as result of Spanish detective officeraiding the elements therewithcriminal conspiracy as furtherance action as vindictiveness to cause me harm and obstructing justice with other Spanish Latinos officers in question in their record under their previous investigation holding since 2013.*

*criminal conspiracy against civil rights and deprivation of rights with other four Spanish agents unknown names in your record under his instigation and inducing other Spanish Latino youth police officers and other Spanish community members for lunching attack to harm me including instigating my employers and landlord/landladies of the same criminal conduct thereto terminate my employment and accommodation contract and throw me out of their business and apartment premises as vindictiveness of action as result of hatred and discrimination in this context facts to deter and obstruct justice is criminal offense under the state and federal law .*

Secondly officer Ernestine is second participant who intentionally and deliberately engaged in unlawful murder attempt in May 6 , 2012 to kill me with his short long nozzle gun at Rockefeller Center in Manhattan in at 3,45 am as of the elements commission of acts in order to override their criminal offenses and he was caught and reported to the authority for disciplinary action that cause me fears and mental pain.

*V11 civil rights Act of 1964 and Age discrimination Act of 1967 violations under color of law, race and national of origin.*

Thirdly as of the Spanish detective officer as the aider and abettor therefor assisting the African – American thereto proceed there furtherance action with four Spanish officers accomplice including others Latino youth officers under New York authority investigation contrary to their commission of act as result of the elements arrest and released by the New York authority investigation as of the elements knowingly and willfullyin unlawful acts thereof aiding and abetting elements to execute there omission thereof instigating and inducing my employers and my Spanish landlord andladies under criminal conspiracy to deter and impairs law suit not to have fiscal address to proceed my lawsuit against the City of New York tby using police authority power threaten and conversing the to terminate my employment and accommodation contract that I am too old and I am smelling which has damaged my reputation and professional carrierwhich is violation under Age discrimination and harassment in workplace  pursuant to *29 U.S.C. § 621 et seq* under Age Discrimination in Employment Act of 1967(ADEA) VII civil rights  Act of 1964 EEOCthat resulted me homeless and be living peonage life condition since 2010 to 2013 suffering for physical harm and emotional injuries and mental pain by  sleeping in street, under the bridges, construction sites, public place , front of churches as result of these elements violating of human civil rights law with intimidation which is intentional torturous there under the same circumstances of forcing me into force labor as result the detective officer and co- conspirator interfere of civil rights pursuant to 42 U.S.C § 1985 (1)(2)(3)therefrom  doctoral degree in the university to dishwasher and porter and under the same cause of action of malicious discretionary harassment therewith repetition of the same  commission of act  with furtherance action which is violation

under Federal law pursuant to pursuant to *18 U.S.C § 1581and 18 U.S.C § 1589 under the labor law.*

*That under this circumstance I want the EEOC to investigate this matter properly as matter law and facts that I am a German citizen and I enter United State lawful under treaty of commerce and citizen safety , friendship agreement between United Stated and Germany signed in Washington DC in October 29, 1954 by the United State President under the executive level which has qualified me to found my company branch  from Germany in United State and created jobs and as well work  under this circumstance and treaty in 2002 with intercompany visa under managerial position thereof the President to establish the company headquarter in New York City with our three affiliated other companies  with the early stage investment of $1.5 million dollars  and as Hotel management company and production for exporting USA products overseas and these has been barred and deprived in operation since 2002 to 2014 under discriminatory harassment and sexual harassment to my workers therefrom African – American  –  Spanish  Latino  police  officers  as  joint  successive tortfeasors)(NYPD) acting under one principle  authority under color of law race and Nationality and cause me and companies multi million dollars damages and physical injuries and motional injures which will now under  law suit against the city of New York effective from September 9 , 2014 the under Federal district court of New York just for  your  notice  during  EEOC  finding  the   facts  during  their investigation.*

*That I want the EEO to examine this case and the misconduct practice or pattern of New York city police inadequate and inconsistence of restricted me all my financial resources under discrimination context Return me homeless and peonage life condition and keep me suffering for years that as far a Spanish Latino and Mexican who enter state unlawful  without  resident  permit  or  working  status,working  and feeding their families are throw me out of my workplace not to make*

*money living and pay my rent as normal people result of age and defamatory campaign which is not true why can I be able to work and live in United State as the law permitted and I am working paying my personal regular tax and take care of my children and take them to school or college and under this condition I am suing my employers for violating labor law under the condition thereof civil rights of equal employment opportunity protection.*

### Notice of right to sue

That I am respectfully filing this complaint and requesting ( notice to sue my employers whom they intentionally disregard the labor law and violated (*equal employment opportunity civil rights act of 1964* )in Federal district court within 90 days effective therefrom this complaint and notice of action as matter of law as result of these officersintentional maliciously and vindictiveness of action by using police authority power instigating and inducing Spanish community, business owners, managers, kitchen chef and co-workers firing me in different jobs site of employment in the whole New York city with ultimate termination under age discrimination and harassment context including defamatorycampaign therein my workplace with different companies and restaurants and keeping me and my family suffering of financial hardship and no job and no money in my pocket to pay my daily expenses and rent living below poverty level, furthermore I am not living under the city fund or getting any financial assist or aid from the state of New York as result of police victim thereafter several filing application and requesting immediate financial assistance with the responsible organization that I am sustaining police damages and causalities and they denied the request and said that I must be 60 years to be eligible or qualified of such assistance whereas is false and wrong information according to their regulations and rules.

This is embarrassing and provocation including passion to induce innocentPerson into commitcrime or homicide.

As matter of law and facts under this theory the elements action is improper with probative motives and reprehensible and molly culpable against personal rights or social order.

### Liability

That I am respectful requesting for this notice of right to sue as result of your effective office because these officers acting under color of law, race and nationality and my employers in question under this depositionwhich is under the Justice Department and FBI investigation as well as result elements criminal conduct that both parties the first original tortfeasor  including the co-operators and perpetrators and my employers as joint successive tortfeasorsare all subject to the liabilities and physical injuries.

On this groundnon of the elements will be excepted in any court of action for justiceas result of their commission of act for violating Federal lawEqual employment opportunity act law of V11 civil rights Act of 1964  EEOC and the Age Discrimination in Employment Act  1967 ) ADEA , employment discrimination harassment  which is assault and abusive with intentional intimidation therefore court action is imminent thereto recover my substantial wages loss and injurious damages.


*Malicious discriminatory harassment in my employment workplace under conspiracy section 371 as from 2010 to 2014 for authority investigation as result of Spanish community throwing me out of workplace.*

### Companies  Employers

*Security USA Inc – Manhattan*

That since February, 2009 - 2010  I was hired as Security Guard officer in Manhattan with this company - (Security USA Inc and the Spanish manager fired me as result of hatred and age discrimination context and throw me out of their business premises and take his cell phone contact the whole security companies in Manhattan not to hire me under this circumstance I became homeless no job and home lost all my properties in the entire years 2011 after Officer Raymond took my wife from her martial home after three week marriage and break my heart and cause me emotional distress when we are living together as a couple and exposed her to other African-American police officers for sexual assault and abused.


USA security in White Plain

USA security Inc

In  January 6, 2012 I was hired with USA security in White plan and under the same cause of action of spreading rumor the Spanish Supervisor fired me thereafter I work with the company just for few weeks as result of hatred and racial profile.

*Hotel manager*

In 2012  I tried and struggle to leave street as educated person homeless seeking job everywhere in State of New York thereafter secured Hotel manager job position in Watertown in upstate of New York after elements closed down my hotel management company under discriminatory harassment and sexual harassment that motived the whole of my workers  lift the company and cause me multi million dollars damages to my companies that I invested $1.5 million dollars as the early stay in 2002 under deprivation of right to operation the business since 2002 to 2014 as the company headquarter in New York city .

Therefore in set forth  one of the African – American police officer till trace me there from New York to Watertown upstate NY and tell hotel owner that he is a police officer from New York city showing his police badge that he would not hire me or give me any hotel management position that I am smelling and I am too old to the hotel owner therefore that man and his wife  believe him and create fears into them, thereafter terminated employment contract the next day and  throw me  out of his hotel  premises and order his  son to drove me to bus stop to New York and said I must not come to his hotel premises no more and this a violation under federal law *42 U.S.C § 1985(3) interference of civil right,*  I reported the incident to the *New York police internal affairs bureau* and District attorney office of such conduct under their investigation holding when   I returned to New York city I still remain as my homeless life again without hope and helpless and no public accommodation accepting in their premises even up to white plain to seek accommodation and when I meet my fellow black men and woman working  any of the public accommodation the always throw me out and said I am black and white and they continue refusing accommodation threaten me different from other people no hotel or landlord want me as result of smelling rumor campaign which is not true because during my homeless time I was begging money in street going to New York sport club taking shower every body care see me.

## Restaurant – NY   Café Basil

In February 6, 2013 I secured a job at Café basil an Indian Restaurant located between 47st and 48st in 3rd Ave Manhattan as food preparation and food delivery and after working there for just few weeks the Spanish woman from Dominica republic fired me under the same cause of action of the Spanish community network there from the Spanish Detective officer and others.

Restaurant – NY  ( CaverRestuarante -  Greek )

In March 3, 2013, I was employed in Greek Restaurant as line cook locate at 47 street between 3rd Ave and Lexington as restaurant food preparation as of the Spanish cook from Mexico said to the manager that I am too old and I am smelling that he do not like me just for my three days work as result of Spanish net and smelling campaign therefor I was fired by Greek manager and this Mexican have no paper to stay United state or to work  permit and he is throwing me out of my job as result of hatred under this circumstance they throw me out of their business premises after working their just three days he paid me and I left as result of spreading new campaign which has damaged my reputation that that I am smelling.

Restaurant – NY  ( Metro Café )  Greek Restaurant )

The following week I was employed again in Greek restaurant at located at 466 Lexington Avenue (46th St. & Lexington Ave.), New York, NY 10017 after working there for 4 days I was fired again with the Spanish Manager on the ground of the same Smelling and old age rumor campaign the Spanish manager fired me and paid the four days I worked with him as of the (African – American and Spanish Latino police officer) discriminatory harassment and defamatory action as join successive tortfeasors.

*Verizon Wireless – NY*

1n April 13 , 2013  I was a able to be hire in Verizon wireless located at 766 , 3rd Ave  between 47 and 48st in  marketing Department as flyers distributor on the street and one of the Spanish police officer who knows the owner of company a friend to the detective officer on the ground of the same cause of action with omission  under conspiracy and their network  of firing me from my workplace the officer drove his police car to our store and he carried several cell

phone from the store in package and as they were leaving with my boss the Spanish police officer said to my boss to  fires me and I overheard him and thought he was not serious and when my boss came back he order Barry one of the store manager with Omar to fired me after suffering in the snow and rain, sun bring customers to his store and I have not money and I became homeless again  for several months.

*Restaurant – NY     (French  - Part time )*
In July 2013 I was hired by French restaurant as porter for Saturday -Sunday only as part – time located at 20 street by 6 Ave and I was fired as result of the Spanish cook from Mexico he said he do not like black people and that I am too old that he do not want me in his kitchen and himself has no health certificate to work as kitchen chef neither a work permit or to stay in United Stated and  his is attacking me  and harassing in the kitchen and as result of hatred he always fail to write my working hours for more than  three weeks and the company fail to pay me the wages until now and the owner fired me as result of his pressurizing and harassment  me in my workplace as I was trying to explain the situation to him as  the new restaurant owner or general manager  Mr Paul  and throw me out of his business premises.

Restaurant – NY  *-Athens café  in Astoria – Greek*

In August 2, 2013 I was hired as dishwasher with above Greek restaurant and as result of one of the Spanish police officer attack me with banned dangerous hot pepper Spray in order harm me and deter lawsuit against the city of New York as omission and obstruct court jurisdiction procedures which has resulted me hospitalized in Bellevue hospital on the September 9, 2013 and cause mental problem and my doctor and hospital case worker called the owner of the Restaurant that I am in the hospital and I have been admitted that he would not fired me when I will come back by law and when I

was discharged on the 9/9/ 2013 and resume work he fired me and take Mexican boy and said he do not want me which is violation of under labor law and loss my job because of this officer unknown name and I was unable his picture because it was about 2 am at night.

Restaurant – NY  -Gradisca ristorante – Italian

In September 20, 2013   I was hired as dishwasher by Gradisca Restaurant located in 126 west 13th street New York where I faced the most age discrimination and racial profile in my workplace from the Spanish co-workers and even they do not allowed me to eat with sometime as result of hatred and harassment from the Mr Bryan the boy friend of the woman Manager and my co-worker dishwasher black Spanish from Honduras MrBenato who intentionally used plates and hurt me in my head in work place which is assault and when I turn around to report the incident to the Kitchen chef to stop this man nervousness and harassing me then Mr John did not want to listen to me than  call the French manager to walk me out of the restaurant and said that MrBenato have been working for the restaurant for 8 years with the restaurant therein present of the customers watching the action and fired me and if they watch the camera they can see how he hurt me with heavy plate because I told him to wait for few hours to assist me because the restaurant has a big party that very day and the kitchen chef Mr John supported the ideas  and he upset and be anger because he was  not allow to go home  and said that I am too old and sometimes they said that I am smelling as result of the rumor campaign and himself is 50 years old while I am 57 years old and he said that is the reasons why I cannot be able to wash the whole plates and him and Mr Bryan team up together for harassing  me in the kitchen and beside that action both parties including the Spanish waitress conspired together under their omission herein threaten , harassing and mistreating me

different from other workers as result of Age and smelling campaign in my workplace which is violation under law labor .

The  first week I started my job with the company Mr Bryan the boy friend of the Italian manager started his discriminatory harassment and threaten to fired me on the ground of hatred,  he does not  even allowed me to talk their or freedom of expression just like other co-workers as if I am in prison which is on unfair, therefore under this circumstance I am filing court action against the company as result of the company management or the owner fail to inform his workers regulation and labor law in workplace as regard of the kitchen chef disregard to the law and firing me which is violation under labor law thereof age discrimination and harassment which is violation of labor law ( Title VII civil rights  act of  1964 and VII civil right acts of 1967.

*(Restaurant – NY   (Los Americano)*

On   March   2014   I was hired by Los Americano restaurant as delivery person and food preparation located at 305 Church Street. New York, NY 10013
That the first week I started my job with this company I was threaten  and harassed by my Co-workers , the two   Spanish dishwashers and the kitchen manager from Mexico  as result of hatred  and  the  Spanish  spreading  rumor  to  other  Spanish community   under   hatred,  Age   discrimination   and   smelling campaign.

That these two elements intentionally conspired with the others two Spanish Kitchen manager Mexico and Chef Joe from Dominican Republic including the bar manager to fired me on the Friday May 16, 2014 after my daily job at 11: 15 pm  in my workplace as result of my age which is unfair.

That the kitchen Chef Joe and his kitchen manager was acting under racial profile  and hatred conduct as result of inadequate understanding of labor law as result of  lack of duties inexperience and disciplinary supervision in a workplace of which the  company owners fail to explain the policy to notified their workers on this ground under the labor law as result of his dishwasher therefrom Puerto Rico who is over 40 years old pressuring and threaten me to be fired as result of my age discrimination which is harassment in a workplace  that the Restaurant general manager Mrs Rebecca was trying to prevent them of such action at the first week I was hired from the Spanish kitchen manager.

 On the May 14, 2014 I took a permit from the kitchen chef Joe and Mrs Rebeca as result of my hospital appointment from mount Saini hospital at 1. 20 pm s result of my leg pain  which was taking longer time for my doctor to attendant me as result of other patients ahead me and under this condition I made several telephone called to the Restaurant reminding them  that I will come late to my job which was 45min late and my job starting at 5. 30 pm whereby the business woman owner request for the hospital papers and the receipt of the payment documents as a prove of evidence which was shown to the woman owners and the woman general manager from the hospital and both said that i am covered which was not the reason of firing me and  because  I returned  to my job duties at 6. 10 pm at the same day and for my next day hospital appointment again that I informed the general manager and mr Joe following the comments from the Dishwasher from Puerto Rico said to the kitchen chef Joe as their plan to fired me that I am too old and I am smelling which is physical assault and intimidation in workplace and violates pursuant to Title VII of the Civil Rights Act of 1964, the Age Discrimination in Employment Act of 1967, (ADEA) -
I have approach this my co-worker the dishwasher from Puerto Rico 45 years old or more personally to stop his harassment conduct in workplace for his action of  conspiring with Kitchen chef and the

Mexican kitchen manager to fire me fired me in workplace as result of my age and he till continue his misbehavior.

Hence I informed the both parties to resolved this age discrimination and smelling insult and for a remedial action and the next thing they do is to calland the bar manager after my daily job to the office that they want to talk to me and then fired me which is painful that they do not want me in their business premises .

*(Restaurant – Astoria - NY (ATTIKA PIZZERIA) ( Greek )*

On May 20, 2014, I was hired in **Antika Pizzeria Astoria Inc** . Located at 36-08, 30th Ave Astoria, NY I1103 as Dishwasher as just few days I was filed from Los America restaurant and the second day I started my job there were two Spanish men as I would understand must be the same Spanish police officers spreading there inadequate rumor of old age and smelling campaign speaking with Spanish manager pointing at me and I do not know what they were discussing and after my night job she call me that she is the manager here that she can cut my job at anytime that she is from Puerto Rico which shock me again because the Puerto Rico dishwasher get me fired from my former workplace just within four day before starting my new job with them I am till facing the same problem, thereafter remark from those men,this woman manager continue threaten and harassing me at my workplace including the dishwasher Mexico man of his 50s who always hit me with delivery merchandise, heavy floor mill more than 40kg, packed tomato with heavy weight, throwing it on me during our Fridays delivery from and kicking me with his leg and hand and one day he blow in my face with his hand in present of the Greek General manager and he question him who have I done to him and he kept silence and the manager went always from the Kitchen and the Mexico man boost out laughing and said fuck me which is provocation and embarrassing any time he hurt me in the kitchen

which as assault because he was sent by the woman manager in order to get me fired and furthermore when offended and reported to  the manager then will turn around and said I am the one who hurt them which provocation and embarrassing and dishwasher continue harassing me and the restaurant owners and the Greek do not want to do sometime about it and man id misbehaving .

 Harassment and hated

In June 14, 2014,  Saturday  thur Sunday weekend and there was a train traffic delay which has result every passages waiting in Queen borough Plaza and I called my workplace we have train delay and one the  of the worker pick up the phone and he said he will tell the Spanish manager and under this circumstance I was able I was able to resume my job with just 15minutes late and Spanish lady manager just pick up offense and  threaten to fire me and shouting in present of the customers and she became rude and one of the customer white lady call her and said she must understand that in New York city there is always train problem weekend  and if she do not believe me she have to call MTA to confirm that it is truth that 15 minutes late cannot result   firing a worker and she said she do not want me in the restaurant result that she is my boss and she do not care.

On June 27, 2014 I was with heavy pain with my right hand and right leg including waist pain and I was so depressed then I called this Spanish woman manager and explained my situation to her that if they have first aid pain table in the restaurant and she said no and I seek for her permission to go to the next door Grocery store close to the restaurant to buy Motrin table  to reduce my pain so that I will be able to continue my work she said no that I must not leave the restaurant premises that if I should go to buy the medicine  or if I leave the restaurant  she will fire me of which other workers was upset of her misconduct and behavior which is wickedness and

hatred attitude under and one of the woman waitress told this woman that how can a worker be sick and are forcing him to be working and this situation she said that she is not care that she is just doing her job as manager when she did not known the labor law polies of employees and the regulations in a workplace .

As result of my serious pain and the Greek general manager was not on his duty therefore I went to the kitchen chef and he said I must go and get my pain reduce medicine table and continue my job that her behavior is unreasonable and if I should call Ambulance in this situation it will cost me thousands of dollars and I have no insurance coverage.

In one occasion at 11.30 p m there was customers till eating inside and out side the Restaurant and we are about closing and she said we should carry out gabs and these gabis  I called this lady and explain to her in respectful manner that it is unfair to carry gabis out when the customers are eating inside and outside, When the customer are till eating and next time they will not come to the restaurant to eat which is reasonable and under this circumstance the lady pick offensive and if she did not know her job and the Mexican dishwasher ( *MrRichardo* said it is Billy's pant that is smelling because he is too old which is insult and abusive and when the Greek manager came to work I explained to him the same thing that it not fairs or right to carry gabis outside when the customers are till inside the restaurant eating and he said I was right and the lady was making problem out of it of which the action of this Dishwasher and Spanish lady manager under harassment and conspiracy is unlawful conduct which can not be will not be tolerated in workplace.

In June 29, 2014  Sunday one of the restaurant Roach control company came to the at 11 : 35 to spray the chemistry inside the

kitchen where I was working washing dishes and some of the food are till exposed uncovered and I told this man to give me just 20 minute to clear kitchen and cover exposed food and also I am allergic to Roaches control chemistry this man insisted that he must spread the chemistry and disregarding what I am telling him and I went to this Spanish manager to speak with this Roaches control killer from SciTech company just to give me 20minutes to clear the kitchen and cover exposed food then the lady and the man pick team together as result of hatred and pick up offense and she told the roaches killer man to call  the restaurant owner and lies him that Billy  did allowed the Roach company control killer to spray the kitchen that he want me get fire and after my job at 12. 30am I went to the basis to undress my kitchen working kitchen  clothes in my locker and this woman just rush harassing me where I was dressing up pretending that she is checking electrical switch which is embarrassing and assault not just giving time because she was angry looking any means to get firedand hatred she was wrong of her action.

 On July 9, 2014 I was really fired which is harassment and threaten of workplace and violations under Equal employment opportunity civil  rights and now I am unemployment and jobless man.

Dishonesty

The question is that when I report my co-workers misconduct practice under harassment and age discrimination context to the General Manager and companies owners  they will tell me that they will speak with them but failing to take prompt remedial and appropriate corrective action.

*Intentional  torturous*

With this circumstance I am respectfully bring this matters to the New York authority to review this case and evaluated my current situation properly during their investigation that African – American and Spanish Latino police officers including my employers, his managers and supervisors, co-workers action as co-conspirators, perpetrators as join successive tortfeasors are all liable thereof subject to commission of acts under negligence action

*Poplar v BourjoisInc .( 1948) 298 NY 62,80 NE 2d334*

meanwhile I have no job , no money to live and my children need to go to school or college, no future pension, no money to pay my rent and thousands of medical bill, health problem,million of debt   to repay back to the creditors in Germany, cause by these agents.

That I am looking forward forinvestigation and remedial action to stop this elements and this officers inconsistence action

Note:

Please for further correspondence kindly mail them to the above two addresses .

Thanks respectfully

Billy  Edo

The Complaint

EEOC Form 161 (11/09)

## U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

## DISMISSAL AND NOTICE OF RIGHTS

| | |
|---|---|
| To: **Billy Edo**<br>**134-19 60 Avenue, 2nd Floor**<br>**Flushing, NY 11355** | From: **New York District Office**<br>**33 Whitehall Street**<br>**5th Floor**<br>**New York, NY 10004** |

| | On behalf of person(s) aggrieved whose identity is *CONFIDENTIAL (29 CFR §1601.7(a))* | |
|---|---|---|

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| 520-2014-03269 | **Orfelino Genao,**<br>Investigator | **(212) 336-3642** |

### THE EEOC IS CLOSING ITS FILE ON THIS CHARGE FOR THE FOLLOWING REASON:

[ ] The facts alleged in the charge fail to state a claim under any of the statutes enforced by the EEOC.

[ ] Your allegations did not involve a disability as defined by the Americans With Disabilities Act.

[ ] The Respondent employs less than the required number of employees or is not otherwise covered by the statutes.

[ ] Your charge was not timely filed with EEOC; in other words, you waited too long after the date(s) of the alleged discrimination to file your charge

[X] The EEOC issues the following determination: Based upon its investigation, the EEOC is unable to conclude that the information obtained establishes violations of the statutes. This does not certify that the respondent is in compliance with the statutes. No finding is made as to any other issues that might be construed as having been raised by this charge.

[ ] The EEOC has adopted the findings of the state or local fair employment practices agency that investigated this charge.

[ ] Other *(briefly state)*

### - NOTICE OF SUIT RIGHTS -

*(See the additional information attached to this form.)*

**Title VII, the Americans with Disabilities Act, the Genetic Information Nondiscrimination Act, or the Age Discrimination in Employment Act:** This will be the only notice of dismissal and of your right to sue that we will send you. You may file a lawsuit against the respondent(s) under federal law based on this charge in federal or state court. Your lawsuit **must be filed <u>WITHIN 90 DAYS</u> of your receipt of this notice**; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a claim under state law may be different.)

**Equal Pay Act (EPA):** EPA suits must be filed in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that **backpay due for any violations that occurred <u>more than 2 years (3 years)</u> before you file suit may not be collectible.**

On behalf of the Commission

Kevin J. Berry                6-2-2015

**Kevin J. Berry,**                *(Date Mailed)*
**District Director**

Enclosures(s)

cc:     **Attn**
        **Owner**
        **ATTIKA PIZZARIA ASTORIA INC.**
        **36-08 30th Avenue**
        **Astoria, NY 11103**

# EXHIBIT - E


# Page - 110

# STATE OF DELAWARE

## CERTIFICATE OF INCORPORATION

### OF

### H M I S (Hotelmanagement, Marketing and Industrial Service) Inc.
#### A STOCK CORPORATION

**ARTICLE I:** The name of the Corporation is: H M I S (Hotelmanagement, Marketing and Industrial Service) Inc.

**ARTICLE II:** The Registered Office of the Corporation in the State of Delaware is to be located at 701 Renner Road, Wilmington, Delaware 19810 in the county of New Castle, and the registered agent in charge thereof is Corporate Consulting Ltd.

**ARTICLE III:** The period of duration of the Corporation is perpetual.

**ARTICLE IV:** The purpose of the corporation is to engage in any lawful act or activity for which corporations may be organized under the General Corporation Law of Delaware.

**ARTICLE V:** The total number of shares, which the Corporation has authority to issue, is 1,500 shares of common stock and the par value of each share shall be $5.00.

**ARTICLE VI:** The name and mailing address of the incorporator of the Corporation is as follows:

| Name | Address |
|------|---------|
| Elizabeth Shewell | 701 Renner Road, Wilmington, Delaware 19810 |

**ARTICLE VII:** The board of directors shall have the power to adopt, amend or repeal the bylaws.

**ARTICLE VIII:** A director of the corporation shall not be liable to either the corporation or its stockholders for monetary damages for breach of fiduciary duties as director, provided that such provision shall not eliminate or limit the liability of a director: (i) for any breach of the director's duty or loyalty to the corporation or its members; (ii) for acts or omissions not in good faith or which involve intentional misconduct or knowing violation of the law; (iii) under sub-section 174 of this Title; or (iv) for any transaction from which the directors derived an improper personal benefit.

**I, THE UNDERSIGNED,** for the purpose of forming a corporation under the laws of the State of Delaware, do make, file and record this Certificate, and do certify that the facts herein stated are true, and I accordingly hereunto set my hand this first day of November, A.D. 2000.

Elizabeth Shewell, Incorporator

Case 1:16-cv-04155-KAM-VMS Document 12 Filed 07/27/16 Page 68 of 128 PageID #: 307

ENTITY NAME: H M I S (HOTELMANAGEMENT, MARKETING AND INDUSTRIAL SERVICE)
INC.

DOCUMENT TYPE: APPLICATION FOR AUTHORITY (FOREIGN BUS)          COUNTY: NEWY

SERVICE COMPANY: SERVICO                                        SERVICE CODE: 35

================================================================================

FILED:02/21/2001 DURATION:PERPETUAL    CASH#:010221000762 FILM #:010221000743

ADDRESS FOR PROCESS                                            EXIST DATE
-------------------                                            ----------
ATTN: WILLIAM STEVENSON                                        02/21/2001
C/O NATIONAL TAX CONSULTANTS              34 MERRICK AVENUE
MERRICK, NY 11566

REGISTERED AGENT
----------------



================================================================================
FILER                       FEES       300.00  PAYMENTS        300.00
-----                       ----                                --------
                            FILING     225.00  CASH              0.00
NATIONAL TAX CONSULTANTS     TAX          0.00  CHECK             0.00
34 MERRICK AVENUE           CERT         0.00  CHARGE            0.00
                            COPIES       0.00 DRAWDOWN          300.00
  RRICK, NY 11566           HANDLING    75.00  BILLED            0.00
                                                REFUND            0.00
                                                                ------
================================================================================
12330                                          DOS-1025 (11/89)

---

I, HARRIET SMITH WINDSOR, SECRETARY OF STATE OF THE STATE OF DELAWARE, DO HEREBY CERTIFY "H M I S (HOTELMANAGEMENT, MARKETING AND INDUSTRIAL SERVICE) INC." IS DULY INCORPORATED UNDER THE LAWS OF THE STATE OF DELAWARE AND IS IN GOOD STANDING AND HAS A LEGAL CORPORATE EXISTENCE SO FAR AS THE RECORDS OF THIS OFFICE SHOW, AS OF THE TWENTY-FIRST DAY OF FEBRUARY, A.D. 2001.

AND I DO HEREBY FURTHER CERTIFY THAT THE SAID "H M I S (HOTELMANAGEMENT, MARKETING AND INDUSTRIAL SERVICE) INC." WAS INCORPORATED ON THE FIRST DAY OF NOVEMBER, A.D. 2000.

AND I DO HEREBY FURTHER CERTIFY THAT THE FRANCHISE TAXES HAVE NOT BEEN ASSESSED TO DATE.

*Harriet Smith Windsor*, Secretary of State

3310519  8300

010084808

AUTHENTICATION: 0982564

DATE: 02-21-01

# Apostille

## (Convention de La Haye du 5 Octobre 1961)

1.  Country: United States of America

    *This public document:*
2.  has been signed by Edward J. Freel

3.  acting in the capacity of Secretary of State of Delaware

4.  bears the seal/stamp of Office of Secretary of State

## Certified

5.  at Dover, Delaware

6.  the *first* day of November, A.D. 2000

7.  by Secretary of State, Delaware Department of State

8.  No. 0140082

9.  Seal/Stamp:                          10.  Signature:

Secretary of State

I, EDWARD J. FREEL, SECRETARY OF STATE OF THE STATE OF DELAWARE, DO HEREBY CERTIFY THE ATTACHED IS A TRUE AND CORRECT COPY OF THE CERTIFICATE OF INCORPORATION OF "H M I S (HOTELMANAGEMENT, MARKETING AND INDUSTRIAL SERVICE) INC.", FILED IN THIS OFFICE ON THE FIRST DAY OF NOVEMBER, A.D. 2000, AT 11 O'CLOCK A.M.

A FILED COPY OF THIS CERTIFICATE HAS BEEN FORWARDED TO THE NEW CASTLE COUNTY RECORDER OF DEEDS.

Edward J. Freel, Secretary of State

3310519  8100

001549439

AUTHENTICATION: 0769615

DATE: 11-01-00

Case 1:12-cv-64155-KAM-VMS   Document 1-2   Filed 09/21/12   Page 72 of 128 PageID #: 311

INTERNATIONAL

| Home | Room | Seminars | Management | Jet Charter | Membership | Hotel for Sale |

## HOTELS – RESIDENTIAL – INDUSTRIAL – COMMERCIAL – BUILDING M

### YOUR GLOBAL PROPERIES MANAGEMENT PARTNERS

OUR WORLDW

**USA – CANA**

- HOLIDAY INN
- HOLIDAY EXPI
- SLEEP INN
- RAMADA INN
- QUALITY INN
- FAIRFIED HOT
- RODEWAY INN
- BEST WESTERN
- MAINSTAY SUI
- DAY INN
- ECONO LODGE
- HILTON
- COMFORT INN
- HOWARD JOHN
- CAMBRIA SUIT
- HYATT HOTEL:
- MARROITT HO
- QUALITY INN
- SHERATON IN
- TRAVELODGE
- HYATT HOTELS
- HILTON HOTE
- EMBASSY SUIT
- HAMPTON INN
- COMFORT INN
- BUDGET HOTE
- TRAVEL INN

- Other More

### WORLDWIDE HOTEL AND PROPERTIES MANAGEMENT

Welcome to

#### HMIS - HOTEL MANAGEMENT MARKETING AND INDUSTRIAL INC

HMIS Hotelmanagement Company international is one of the leading and high quality hotelmanagement Company for over 15 years of experience and the company is managing full service and limited service hotels and Restuarants including chain of hotels, Independent hotels ,franchise chain, Lodging , guestroom supply and foodservice distributors throughout North America and Worldwide. The company is incorporated in New York and Florida including California as the corporate headquarter and other business offices are location in Chicago, Texas -Dallas,Canada France, Spain ,Germany and London and Hong Kong.

The company is original from Germany - Nrnuberg and the business head office in Berline and Frankfurt. According to the

developing a ch

throughout 48 st

ur Company

inimize cash fl

on the business

with the clients

*Note:*

*go to : www. hmistravel-hotelmanagement. Com*

*go to the web sit on November 16 2011*

*We will Start our Company full Operation*

| Home | Room booking | Seminars | Management | Jet Charter | Membership Card | Hotels for S... |

Tel: 888 - 794 - 0292     WORLDWIDE HOTEL & ...OPERTIES MANAGEMEN...



Management Experts that care for your properties and increase your annual profit and reduce your expenses.



YOUR SUCCESS
IS
OUR SUCCESS





# HMIS – GLOBAL HOSPITALITY MANAGEMENT SE...





PROFESS...

- Properies Managamen...
- Travel and Room Rese...
- Sales and Marketing
- Business Promotion
- Buying and Selling of ...
- Gas Station Sale and L...
- Airlines and Private Je...
- Business and Properti...
- Construction
- Seminars and conven...
- Contract Negotiation
- Business Development
- Properties inspection
- Operation Review
- Business Plan
- Franchise Section
- Business Start Up & P...
- Marketing and Adverti...
- Land development and...
- Staff Training

## HMIS – MANAGEMENT AND SALES & MARKETING EXPERTS

HMIS Inc is one of the highest quality hotel and restaurant management service company worldwide. The company has been recognized in the international hospitality and tourism industry due to our company excellence customer's service. Our company business operation is focus on hotels and restaurants management including foodservice distributor and business consulting services, seminars, private jet Chartered and real estate. We guarantee our customers high quality and exellent services. HMIS Inc will use our professional experience and trained staff to assist your company's growth and financial success to increase your annual revenue. We guarantee your financial stand through our marketing and advertising concepts to promote your business. Whether you are a start-up or an existing business, medium or large company, HMIS has differing programs to assist your company's financial solution and management development. We give the best quality services to all of our customers worldwide. Our trained staff will make your cust...
sales techniques...
restaurant owne...
success growth...
department for a...
or e-mail @ b...

Operation

HMIS Operating...

Case 1:16-cv-04155-VAH-VMS-WA-AGENTE2-FMAR 07/27/16 Page 74 of 128 PageID #: 313

# HOTEL MANAGEMENT MARKETING AND INDUSTRIAL SERVICE
## INTERNATIONAL

| Home | Room booking | Seminars | Management | Jet Charter | Membership Card | Hotels for S |
|------|------|------|------|------|------|------|



 OUR WORLDW

## USA - CANAD

- HOLIDAY INN
- HOLIDAY EXPRESS
- RAMADA INN
- FAIRFIED HOTEL
- BEST WESTERN
- DAY INN
- HILTON
- HOWARD JOHN
- HYATT HOTELS
- MARROITT HOTE
- QUALITY INN
- SHERATON INNS
- TRAVELODGE
- HYATT HOTELS
- HILTON HOTELS
- EMBASSY SUITE
- HAMPTON INNS
- COMFORY INN
- BUDGET HOTELS
- SLEEP INN
- COURTYARD
- Other More

**Tel: 888 - 794 - 0292   HMIS - HOTEL ROOM RESERVATION SERVICE   Fax 888 - 794 - 1292**








HMIS - HOT

# HOTEL MANAGEMENT MARKETING AND INDUSTRIAL SERVICE
### INTERNATIONAL




| Home | Hotels booking | Seminars | Management | Jet Charter | Membership | Hotels for sa |
|------|----------------|----------|------------|-------------|------------|---------------|

Tel: 1-888 - 954 - 2373     Fax:1-888 - 956 - 9371    Our commi

## Worldwide Properties for Sale

HMIS is a hotel
we give the bes
client and use
to make sure y
high income pr
marketing and
and magazines

We manageme
well hmis owne
knows exactly
increase traffic
his/her hotel pr
hmis Inc can b
hotel properties
just send us yo
information to a
photo imagin to
you to increase
hotel or proper
can retain us w
satisfied with o
within 4-6mont
at the first two
is free. Why se
boot of you hig
professional ex

Call at us for im
your property lo
free trail contra
4004 or e-mail
@usa.com.



**Back beach of the hotel**

**Front beach of the hotel**
**Asking Price:** $3,950,000 USD (Negotiable -
Financing Available)

Stunning, PRIME BEACHFRONT Property, A view
like no other.
Resort BoomTown of Ecuador and all of South
America  75% furnished  8stories very good
location. Call Billy @ 212-470-0134
or e-mail: billy-hotelconsultant@usa.com

## MIAMI BEACH FLORIDA





## HOTEL RESORT IN TURKEY

4 STAR CLOUD HOTEL in mediterrane
2439 Kemer Kemer At 07749 ( 10mi Euro



Price: $13,070,000  No. Rooms: 109  Building
Size: 48,437 SFPrice/Room: $119,908.26
Property Type: Hotel &amp; Motel  Property Sub-
type: Full ServiceProperty Use Type: Business For
SaleCommission Split: 1% No. Stories: 5Year
Built: 2006 Corridor: YesLot Size: 64,583 SF

Contact :   Billy  Edo @ 212-470-0134
E-mail @ billy-hotel-consultant@usa.com







**WORLDWIDE BUSINESS AND PRIVATE**
Aircharter Passengers and Pricing

### WASHINGTON DC — JACKSON HOLE WY- one way
**2 passengers, Light Jet requested**
Actual Quotes

| Most Advertised "... *Star Jets*" Charter Broker | "S" Jet Card Service | "M" Jet Card Co | New Flight |
|---|---|---|---|
| $17,610 –Citation V | $23,300 – Light Jet | $25,650 – Beechjet 400 | $11,038 – Learjet 31 |

### SUN VALLEY, ID | NEW YORK, NY- one way
**4 passengers, Heavy Jet requested**
Actual Quotes

| Internet Charter Brokerage | "S" Jet Card Service | "M" Jet Card Co. | New Flight |
|---|---|---|---|
| $38,890 – G-III | $48,299– Challenger 604 | $54,100 – G-IV | $30,298 – G-450 |

Tel:888 – 792– 0292.                    Fax:888 – 792– 1292.

### Aspen, CO — Miami, FL - one way
**3 passengers, Midsize non-stop requested**
Actual Quotes

| Internet Charter Brokerage | "S" Jet Card Service | "M" Jet Card Co. | New Flight |
|---|---|---|---|
| $23,110 - Astra | $25,900 - Learjet 60 | $29,620 - Hawker 800 | $17,743- Hawker 800XP |

### LOS ANGELES, CA — SUN VALLEY, ID - same day return

| Most Advertis... "... *Star Jet*... Charter Brol... |
|---|
| $9,812.00 -Ha... 400 |









Case 1:16-cv-04155-KAM-VMS   Document 1-2   Filed 07/27/16   Page 79 of 128 PageID #: 318

## NEW YORK OFFICE









**TD Bank**
America's Most Convenient Bank®

# CORPORATE CERTIFICATE OF RESOLUTION
(For Deposit Accounts)

| Depositor (Name of Corporation): | Financial Institution: | TD Bank, N.A. |
|---|---|---|
| VITAMIN DEPOT OF AMERICA CORP | | 11000 Atrium Way |
| **Address:** 234 FIFTH AVENUE 4TH FLOOR | | Mt. Laurel, NJ 08054 |
| NEW YORK, NY 10001 | | |

I HEREBY CERTIFY that I am the duly elected and qualified Secretary and keeper of records for the Depositor (also referred to as "Corporation") named above, that the following is a true and complete copy of a Resolution duly adopted at a meeting of the Board or Directors or shareholders of said Corporation held on, or dated on the date shown below in accordance with the law and the by-laws of, or consent of, said Corporation, and that my delivery of this Certificate of Resolution to Financial Institution certifies to Financial Institution that such Resolution is still in full force and effect.

I FURTHER CERTIFY that the name of the Depositor set forth above is the complete and correct name of the Corporation and that the Corporation is organized and existing under and by virtue of the laws of the State/Commonwealth/District of NEW YORK as a corporation.

RESOLVED, that the Financial Institution named above, at any one or more of its offices or branches, be and it hereby is designated as a Financial Institution of and depository for the funds of this Corporation, which may be withdrawn on checks, drafts, advices of debit, notes or other orders for the payment of monies (including electronic orders) bearing the signature of, or as otherwise authorized by, any one (1) of the following officers, employees or agents of this Corporation ("Agents"), whose actual signatures are shown below:

| Title | Name | Signature |
|---|---|---|
| PRESIDENT | BILLY B EDO | |
| | | |
| | | |
| | | |

FURTHER RESOLVED, the Agents, whose names and signature appear above, are hereby authorized to open and maintain a deposit account or accounts of the Corporation with the Financial Institution, subject to the terms and conditions in the applicable Account agreement(s), as may be amended from time to time.

FURTHER RESOLVED, that the Financial Institution is hereby directed to accept and pay without further inquiry any item or payment order drawn against any of the Corporation's accounts with the Financial Institution bearing the signature of or as otherwise authorized by any such Agents even though drawn or endorsed to the order of any Agent signing or tendered by such Agent for cashing or in payment of the individual obligation of such Agent or for deposit to the Agent's personal account; and the Financial Institution shall not be required or be under any obligation to inquire as to the circumstances of the issue or use of any item signed, or payment order authorize, in accordance with the resolutions contained herein, or the application or disposition of such item or the proceeds of the item.

FURTHER RESOLVED, that any one of such Agents is authorized to endorse all checks, drafts, notes and other items payable to or owned by this Corporation for deposit with the Financial Institution, or for collection or discount by the Financial Institution, and to accept drafts and other items payable at the Financial Institution.

FURTHER RESOLVED, that the Bank is authorized to conduct Debit Card/ATM Card transactions in accordance with Financial Institution's Visa Debit Card Application and Agreement for Businesses.

FURTHER RESOLVED, that the above named agents are authorized and empowered to execute such other agreements, including, but not limited to, special depository agreements and arrangements regarding the manner, conditions or purposes for which funds, checks or items of the Corporation may be deposited, collected, or withdrawn and to perform such other acts as they deem reasonably necessary to carry out the provisions of these resolutions.

FURTHER RESOLVED, that the authority hereby conferred upon the above named Agents shall be and remains in full force and effect until written notice of the revocation thereof shall have been delivered to and received by the Financial Institution at the location where an account is maintained and Financial Institution has had a reasonable period of time to act upon such notice.

I FURTHER CERTIFY that the persons named above occupy the positions set forth opposite their respective names and signatures; that the foregoing resolutions now stand of record on the books of the Corporation; that they are in full force and effect and have not been modified in any manner whatsoever.

IN TESTIMONY WHEREOF, I have hereunto set my hand on _____ and attest that the signatures set opposite the names listed above are their genuine signatures.

CERTIFIED TO AND ATTESTED BY:

CORPORATE SEAL        X _____
                              Secretary or Assistant Secretary

                         _____
                              (Title)

Note: In case the Secretary or other certifying officer is designated by the foregoing resolutions as one of the signing officers, this certificate should also be signed by a second Officer or Director of the Corporation and that the Financial Institution shall be and is authorized to honor and pay the same whether or not they are payable to bearer or to the individual order of any Agent or Agents signing the same.

Rev. 10/2009 | TD Bank, N.A.

**TD Bank**
America's Most Convenient Bank®

# NEW BUSINESS ACCOUNT

| | | | | | | |
|---|---|---|---|---|---|---|
| **REGION:** TDBN Mid-Atl NY | **STORE #:** 453 | **ACCOUNT NUMBER:** | 4252439760 | IM | 94004 |

**TYPE OF ACCOUNT:** Business Convenience Checking    **TYPE CODE:** 720

**DATE OPENED:** 02/04/2011    **OFFICER CODE:** _____

**OPENED BY:** Celia B Aquino

**BUSINESS NAME / MAILING ADDRESS:**      **TIN:**
VITAMIN DEPOT OF AMERICA CORP        161726692
234 FIFTH AVENUE 4TH FLOOR

**LEGAL ADDRESS:** (No PO Boxes)
234 FIFTH AVENUE 4TH FLOOR
NEW YORK            NY    10001

NEW YORK, NY        USA        10001

**Verification:** _____ If Existing Customer, Enter the RM Number: _____

**Account Relationship:** Corporation or LLC-w/Signers

**Additional Account Verification:** ☒ Business/Entity Documentation: Certificate of Good Standing & Resolution/Consent

## IMPORTANT INFORMATION

Federal law requires all financial institutions to obtain, verify and record information that identifies each person who opens an account.

The undersigned acknowledge(s) receipt of the Deposit Account Agreement and Fee Schedule which govern my/our accounts with the Bank. My/Our use of this account shall evidence my/our acceptance of the terms and conditions as set forth in the Deposit Account Agreement, Fee Schedule and any Addendums as the same may be amended from time to time.

The undersigned, both individually and on behalf of the account owner, if different, hereby authorize(s) the Bank to, from time to time, request consumer reports containing references about me/us from third parties, such as a consumer reporting agency, in connection with opening and maintaining this account. If you (the Bank) are unable to open a deposit account, you will provide me/us with an additional notice containing data regarding the consumer reporting agency.

This section does not apply to U.S. non-resident aliens. Under penalty of perjury, the undersigned certify(ies) that:

1. The number shown on this form is my correct taxpayer identification number (or I am waiting for a number to be issued to me);
2. I am not subject to backup withholding because: (a) I am exempt from backup withholding, or (b) I have not been notified by the Internal Revenue Service (IRS) that I am subject to backup withholding as a result of a failure to report all interest or dividends, or (c) the IRS has notified me that I am no longer subject to backup withholding; and
3. I am a U.S. person (including a U.S. resident alien).

**Certification Instructions.** You must cross out Item 2 above if you have been notified by the IRS that you are currently subject to backup withholding because you have failed to report all interest and dividends on your tax return or for any other reason. For real estate transactions, Item 2 does not apply. For mortgage interest paid, acquisition or abandonment of secured property, cancellations of debt, contributions to an individual retirement arrangement (IRA) and, generally, payments other than interest and dividends, you are not required to sign the Certification, but you must provide your correct TIN.

The Internal Revenue Service does not require your consent to any provision of this document other than the certifications required to avoid backup withholding.

| | |
|---|---|
| _(signature)_ | |
| Signature | Signature |
| BILLY B EDO | |
| Printed Name | Printed Name |
| 07/24/1957 | 091922378 |
| Date of Birth        TIN | Date of Birth        TIN |
| Verification: | Verification: |
| If Existing Personal Customer, Enter the RM Number: | If Existing Personal Customer, Enter the RM Number: |
| Date Signed: | Date Signed: |
| | |
| Signature | Signature |
| Printed Name | Printed Name |
| Date of Birth        TIN | Date of Birth        TIN |
| Verification: | Verification: |
| If Existing Personal Customer, Enter the RM Number: | If Existing Personal Customer, Enter the RM Number: |
| Date Signed: | Date Signed: |

**TD Bank**
America's Most Convenient Bank

# NEW BUSINESS ACCOUNT

**REGION:** NYC Metro/Long Island (12   **STORE #:** 462   **ACCOUNT NUMBER:** 4260881028   **IM** 94004

**TYPE OF ACCOUNT:** Business Convenience Checking   **TYPE CODE:** 720

**DATE OPENED:** 05/16/2011   **OFFICER CODE:** _____

**OPENED BY:** Vanessa Ramai

**BUSINESS NAME / MAILING ADDRESS:**   **TIN:**
HMIS SECURITY USA SERVICE CORP   215731570
44 EAST 32ND ST
11TH FL   **LEGAL ADDRESS:** (No PO Boxes)
44 EAST 32ND ST
NEW YORK   NY   10016
NEW YORK, NY   USA   10016

**Verification:**   If Existing Customer, Enter the RM Number:  00000030236863

**Account Relationship:**  Corporation or LLC-w/Signers

**Additional Account Verification:**  ☒ Business/Entity Documentation:  Certificate of Good Standing & Resolution/Consent

## IMPORTANT INFORMATION

Federal law requires all financial institutions to obtain, verify and record information that identifies each person who opens an account.

The undersigned acknowledge(s) receipt of the Deposit Account Agreement and Fee Schedule which govern my/our accounts with the Bank.  My/Our use of this account shall evidence my/our acceptance of the terms and conditions as set forth in the Deposit Account Agreement, Fee Schedule and any Addendums as the same may be amended from time to time.

The undersigned, both individually and on behalf of the account owner, if different, hereby authorize(s) the Bank to, from time to time, request consumer reports containing references about me/us from third parties, such as a consumer reporting agency, in connection with opening and maintaining this account.  If you (the Bank) are unable to open a deposit account, you will provide me/us with an additional notice containing data regarding the consumer reporting agency.

This section does not apply to U.S. non-resident aliens.  Under penalty of perjury, the undersigned certify(ies) that:

1.   The number shown on this form is my correct taxpayer identification number (or I am waiting for a number to be issued to me); and
2.   I am not subject to backup withholding because: (a) I am exempt from backup withholding, or (b) I have not been notified by the Internal Revenue Service (IRS) that I am subject to backup withholding as a result of a failure to report all interest or dividends, or (c) the IRS has notified me that I am no longer subject to backup withholding; and
3.   I am a U.S. person (including a U.S. resident alien).

**Certification Instructions.**  You must cross out Item 2 above if you have been notified by the IRS that you are currently subject to backup withholding because you have failed to report all interest and dividends on your tax return or for any other reason.  For real estate transactions, Item 2 does not apply.  For mortgage interest paid, acquisition or abandonment of secured property, cancellations of debt, contributions to an individual retirement arrangement (IRA) and, generally, payments other than interest and dividends, you are not required to sign the Certification, but you must provide your correct TIN.

The Internal Revenue Service does not require your consent to any provision of this document other than the certifications required to avoid backup withholding.

_____ Signature   _____ Signature
BILLY B EDO   Printed Name
Printed Name

07/24/1957   091922378   _____ _____
Date of Birth   TIN   Date of Birth   TIN
Verification:   Verification:
If Existing Personal Customer, Enter the RM Number:  00000029432457   If Existing Personal Customer, Enter the RM Number:

Date Signed:   Date Signed:

_____ Signature   _____ Signature

Printed Name   Printed Name

_____ _____   _____ _____
Date of Birth   TIN   Date of Birth   TIN
Verification:   Verification:
If Existing Personal Customer, Enter the RM Number:   If Existing Personal Customer, Enter the RM Number:

Date Signed:   Date Signed:

Rev. 05/2010 | TD Bank, N.A.   ↓   Instructions for Store Team Members: If faxing to CIF, please insert in this direction   ↓





VITAMIN DEPOT OF AMERICA

| Home | Food | Beverages | Vitamins | Beauty Products | Merchandise | Pharmacy |

VITAMIN DEPOT OF AMERICA

Toll Free: 1-800-899-5742    Vitamin Depot of America Corporation    Fax: 1-800-899-5760

. Amino Max 1500 su
amino acids, in natur
Triple-Source Protein
Gelatin, Soy and Wh
Incorporate Amino M
daily nutritional regin
essential amino acid

### Product Nam
Amino Max 15

L-CARN

Energy at the cellula
immune function, inc
ability to remove tox
disease-causing cor
cells live longer.

PHARMACY

PAIN RELIEF

| Home | Food | Beverages | Vitamins | Beauty Products | Merchants | Pharmacy |
|------|------|-----------|----------|-----------------|-----------|----------|

### Vitamin Depot of America Corporation

## EXPORT & IMPORT

### OUR INTERNATIONAL EXPORT MARKET

Vitamin Depot of America is one of the largest Exporter and Importer of all types of American merchandise and nutritional products to the world [ Made in USA]. Our Wholesale products are everywhere in the world. All our merchandise products are been to overseas in containers with full insurance coverage. We ship our merchandise to different countries such as western and eastern Europe, Aisa, Africa, Northern America [ South and Central America ][ South Pacific][Midle East][ the mentioned continetial countries has free trade zone and they benefit from our quality product and business intergrated from America # l products. This is an opportunity outstanding and enthusiasm in other countries opens a door to those who can take advantage and deliver the American products in various markets internationally. If any individual who are interested or consider to open his/her dollars store in there country, or to start their own dollars store in United State we are here in united state to assist them for start up package and visa to start up America made products export to there countries. Just CALL US @ Toll: 1-800 - 899 - 5742 .E-mail us @ sales@vitamindepotcorp.usa.com

### Shop Online Discounts • For all Americnew brand Products

Wholesale Prices deliver to your home or office and store
**JUST SHOP ONLINE OR CALL FOR ORDER AND SAVE TIME AND MONEY**
• We value your family and business

All our products are low prices. We ship your order the same day with UPS or FED EX to your door.
- Save money
- Save 30-60 % vs Supermarket and Groceries
- Place order by phone or e-mail @ Sales@vitamindepotcorp.com and or faxed with your credit card. OUR CUSTOMER SERVICE WILL YOU ALL SHIPPING ARE WITH INSURANCE
*Online Shopping*





Toll: 1-800 - 899 -5742        U.S.A • CANADA        FAX: 1-800 - 899 - 5768

 32624

 33079

 33252

 33254

 33488

24/cs

27935



### DISTRI

20339-057        2258


JIFFY        JI

$0.59        $0.59

66695-100        63


veg-all

$1.29

20292-122


C·H

VITAMIN DEPO







# VITAMIN DEPOT OF AMERICA CORPORATION





# VITAMIN DEPOT OF AMERICA CORPORATION





DOCUMENT TYPE: INCORPORATION (DOM. BUSINESS)                COUNTY: NEWY

```
================================================================================
FILED:09/16/2010 DURATION:PERPETUAL   CASH#:100916000265 FILM #:100916000252
```

     FILER:                                          EXIST DATE
     ------                                          ----------
     BILLY B EDO                                     09/16/2010
     PO BOX 1296

     NEW YORK, NY 10150

     ADDRESS FOR PROCESS:
     --------------------
     HMIS HOTEL MANAGEMENT MARKETING AND INDUSTRIAL SERVICE INC
     PO BOX 1296
     NEW YORK, NY 10150

     REGISTERED AGENT:
     -----------------



     STOCK:        200 NPV

```
================================================================================
SERVICE COMPANY: ** NO SERVICE COMPANY **              SERVICE CODE: 00 *
```

| FEES | 160.00 | | PAYMENTS | 160.00 |
|------|--------|--|----------|--------|
| | -------- | | | -------- |
| FILING | 125.00 | | CASH | 0.00 |
| TAX | 10.00 | | CHECK | 0.00 |
| CERT | 0.00 | | CHARGE | 0.00 |
| COPIES | 0.00 | | DRAWDOWN | 0.00 |
| HANDLING | 25.00 | | OPAL | 160.00 |
| | | | REFUND | 0.00 |

```
================================================================================
```
OPAL909891                                               DOS-1025 (04/2007)

One Commerce Plaza, 99 Washington Avenue
Albany, NY 12231
www.dos.state.ny.us

# CERTIFICATE OF INCORPORATION
## OF

### HMIS SECURITY USA SERVICE CORPORATION

*(Insert Corporate Name)*

Under Section 402 of the Business Corporation Law

**FIRST:** The name of the corporation is:

HMIS SECURITY USA SERVICE CORPORATION

**SECOND:** This corporation is formed to engage in any lawful act or activity for which a corporation may be organized under the Business Corporation Law, provided that it is not formed to engage in any act or activity requiring the consent or approval of any state official, department, board, agency or other body without such consent or approval first being obtained.

**THIRD:** The county, within this state, in which the office of the corporation is to be located is: NEW YORK, NY

**FOURTH:** The total number of shares which the corporation shall have authority to issue and a statement of the par value of each share or a statement that the shares are without par value are: 200 No Par Value

**FIFTH:** The Secretary of State is designated as agent of the corporation upon whom process against the corporation may be served. The address to which the Secretary of State shall mail a copy of any process accepted on behalf of the corporation is:

HMIS SECURITY USA SERVICE CORPORATION
C/O BILLY EDO
PO BOX 1296
NEW YORK, NY 10150-1296

DOS-1239-f-l  (Rev. 04/10)



Home    Service    Airport Security    Surviel Camera    Shopping Accessores    Training School    Privacy Policy



HMIS SECURITY USA SERVICE CORPORATION

# HMIS SECURITY USA SERVICE
## INTERNATIONAL

HMIS SECURITY USA

### AVIATION SECURITY

### HMIS SECURITY USA - AIRPORT SPECIAL SERVICE
#### INTERNATIONAL

Screen point Alert

Domestic and Inte

We are priv



**EXHIBIT -  F**


**Page - 128**

**Statement**

World Wide Businesses Centers
292 Fifth Avenue - 4th Floor
New York, NY 10001
(212)714-3535
FAX (212)714-3510

| Billing Period | Statement Date |
|---|---|
| 9/1/05 - 12/29/06 | 10/20/11 |

| Property | Unit | Type | Acc # |
|---|---|---|---|
| IBC | Suite 607 | Office | 519 |

| Previous Balance | Current Charges | Current Credits | Balance Due |
|---|---|---|---|
| -0.01 | 11,495.90 | -2,575.00 | 8,920.89 |

| DATE | TRANSACTION DESCRIPTION | | AMOUNT |
|---|---|---|---|
| 06/01/06 | Rent Charge | | 600.00 |
| 06/01/06 | Basic Services | | 150.00 |
| 06/19/06 | Payment Received - Thank You | CASH | -475.00 |
| 07/01/06 | Rent Charge | | 600.00 |
| 07/01/06 | Basic Services | | 150.00 |
| 07/01/06 | Late Charge | | 40.00 |
| 08/01/06 | Rent Charge | | 600.00 |
| 08/01/06 | Basic Services | | 150.00 |
| 09/01/06 | Rent Charge | | 600.00 |
| 09/01/06 | Basic Services | | 150.00 |
| 10/01/06 | Rent Charge | | 600.00 |
| 10/01/06 | Basic Services | | 150.00 |
| 11/01/06 | Rent Charge | | 600.00 |
| 11/01/06 | Basic Services | | 150.00 |
| 12/01/06 | Rent Charge | | 600.00 |
| 12/01/06 | Basic Services | | 150.00 |
| 12/29/06 | Security Deposits | Security deposits from holdings | -900.00 |

| | |
|---|---|
| Sub Total | 8,920.89 |
| Unapplied Credits | 0.00 |
| BALANCE DUE | 8,920.89 |

| COMMENTS |
|---|
| |

Page 2

# EXHIBIT - G

# Page - 155



BILLY  BUSINESS VAN FORFIETED WITH PRETENSE BY AFRICA –

AMERICA POLICE SOLD TO SPANISH POLICE OFFICER

PONTIAC 1997 MONDEL

-----------------------

# EXHIBIT -  H


# Page - 165



# EXHIBIT - I


# Page – 171

U S Department of justice and FBI investigation as result of New York City agents individual therefrom set of African- American black police officers and others for Aggravated sexual assault and abused to my wife as result of color state and hatred that result her mental illness.

## Interference

New York city agents under omission with intentionally and deliberately interference into the plaintiff private and family affairs with the order of officer Raymond as the elements principal actor to cause harm and damages to the family and business.

SEXUAL ASSAULT AND ABUSED



BILLY  EDO'S WIFE FROM SWEDEN

THE CITY OF NEW YORK
OFFICE OF THE CITY CLERK
MARRIAGE LICENSE BUREAU

License Number

M-2010-6

M-2010-4680

# Certificate of Marriage Registration

This Is To Certify That   BILLY BONIFACE EDO

residing at   44 EAST 32ND STREET Apartment # 11TH FL, NEW YORK, NY 10016, United States

born on   07/24/1957   at   BENIN CITY  Nigeria

RAYMOND EDO born in Nigeria & COMFORT EDISON born in Nigeria

and   TETYANA  NILSSON   New Surname : EDO

residing at   44 EAST 32ND STREET Apartment # 11TH FL, NEW YORK, NY 10016, United States

born on   12/11/1974   at   DONETSK  Ukraine

VITALIY SAYENKO born in Ukraine & NELIY KONOSHEUKOVA born in Ukraine

## Were Married

on   03/25/2010   at   The Office of the City Clerk

BY BLANCA MARTINEZ   141 WORTH STREET
NEW YORK, NY 10013
United States

Witnessed by HAYAT ELHAMDAQUI

(Groom was married 1 time(s) before; Bride was married 1 time(s) before)

as shown by the duly registered license and certificate of marriage of said persons on file in this office.

CERTIFIED THIS DATE AT THE CITY CLERK'S OFFICE

Manhattan   July   09,   10
N.Y.   20



PLEASE NOTE: Facsimile Signature
and seal are printed pursuant
to Section 11-A, Domestic
Relations Law of New York

Michael McSweeney

No. 7969

# Certification

**STATE OF NEW YORK, COUNTY OF NEW YORK, SS:**

I, Norman Goodman, County Clerk and Clerk of Supreme Court New York County,

do hereby certify that on August 27, 2014 I have compared

the document attached hereto,

JUDGMENT OF DIVORCE page(s) 5

with the originals filed in my office and the same is a correct transcript

therefrom and of the whole of such original in witness

whereto I have affixed my signature and seal.

NORMAN GOODMAN
NEW YORK COUNTY CLERK

----------------------------------------------------X    Index No. 304149-2011

BILLY EDO,

                    Plaintiff,

                                                    **NOTICE OF SETTLEMENT**

        -against-

TETYANA NILSSON,

                    Defendant.

----------------------------------------------------X

Sir:  Please take notice that the annexed

**[X]** Judgment of Divorce

of which the within is a true copy, will be presented for signature to the Supreme Court
Clerk's Office at the Courthouse at 60 Centre Street, New York, NY 10007 on November
15, 2011.

Dated:  November 4, 2011

                                    Crystal Doyle, Esq.
                                    inMotion, Inc.
                                    Attorneys for Plaintiff
                                    70 West 36th Street, Suite 903
                                    New York, NY 10018
                                    646-442-1187

TO:     Billy Edo, Plaintiff *Pro Se*
        44 East 32nd Street, 11th Floor
        New York, NY 10016

        Billy Edo, Plaintiff *Pro Se*
        P.O. Box 1296
        New York, NY 10150

RECEIVED

NOV. 0 4 2011

MATRIMONIAL
SUPPORT OFFICE

FILED

DEC 16 2011

COUNTY CLERK'S OFFICE
NEW YORK

At the Matrimonial/IAS Part 24 of
the New York Supreme Court at the
Courthouse, New York County, on
the 5ᵗʰ day of December, 2011.

Present:
Hon. Ellen Gesmer, JSC

-----------------------------------------------------X   Index No.  304149-2011

BILLY EDO,

                Plaintiff,

          -against-

TETYANA NILSSON,

                Defendant.

-----------------------------------------------------X

**JUDGMENT OF DIVORCE**

This action was submitted to this Court for consideration on the 5ᵗʰ day of _____ December , 2011.

This action was commenced by the filing of the Summons and Complaint for an action for annulment with the County Clerk on March 24, 2011.  The Summons and Complaint were never served on the Defendant.  The Defendant has appeared in this action by her attorneys, inMotion, Inc., and filed and served a Verified Answer and Counterclaim for divorce on the grounds of irretrievable breakdown in the marriage for a period of at least six months.

The parties appeared for a hearing on grounds before this Court on August 26, 2011. Both parties testified and gave evidence.  The Court reserved decision.

This Court issued Findings of Fact and Conclusions of Law, dated September 6, 2011, holding that Defendant was entitled to a judgment of divorce on the grounds of irretrievable breakdown of the marriage for a period of at least six months.  The Court also directed that Defendant settle the Judgment of Divorce on notice within sixty days.

The Plaintiff's address is 44 East 32nd Street, 11th floor, New York, NY 10016, and his social security number is 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. The Defendant's address is confidential, c/o inMotion, 60 West 36th Street, Suite 903, New York, NY 10018, and she does not have a social security number.

**NOW**, on motion of Crystal Doyle, of counsel to inMotion, Inc., the attorneys for the Defendant, it is hereby:

**ORDERED AND ADJUDGED** *and Decreed* that the marriage between the Plaintiff, Billy Edo, and the Defendant, Tetyana Nilsson, is hereby dissolved by reason of the irretrievable breakdown of the marriage between Plaintiff and Defendant for a period of at least six months, pursuant to D.R.L. § 170(7); and it is further

**ORDERED AND ADJUDGED** that either party may resume the use of a prior surname; and it is further

**ORDERED AND ADJUDGED** that the Defendant may resume use of the prior surname, NILSSON; and it is further

**ORDERED AND ADJUDGED** that the Plaintiff shall be served with a copy of this Judgment, with notice of entry, by the Defendant, within 20 days of such entry.

DATED:

The Hon. Ellen Gesmer, J.S.C.

ELLEN GESMER
J.S.C.

CLERK.

# FILED

DEC 16 2011

COUNTY CLERK'S OFFICE
NEW YORK

2

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK

------------------------------------------ X

BILLY EDO,

                     Plaintiff,

       -against-

TETYANA NILSSON,

                  Defendant.

------------------------------------------ X

Index No.: 304149-2011

**AFFIRMATION OF SERVICE**

I, Crystal Doyle, an attorney duly licensed to practice law in the State of New York, do hereby affirm that the following is true, under penalty of perjury:

1.     I am over the age of eighteen years, am not a party to this action, and reside in New York, New York.

2.     On November 4, 2011, I served the within Notice of Settlement and proposed Judgment of Divorce by first class mail on the Defendant at the two following addresses:

          Billy Edo
          44 East 32nd Street, 11th Floor
          New York, NY 10016

          Billy Edo
          P.O. Box 1296
          New York, NY 10150

Dated:    New York, New York
          November 4, 2011

**FILED**

DEC 16 2011

COUNTY CLERK'S OFFICE
NEW YORK

Crystal Doyle, Esq.
Of Counsel, inMotion, Inc.
*Attorneys for Plaintiff*
70 West 36th Street, Suite 903
New York, New York 10018

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK

Index # 304149/11

**BILLY EDO,**

*Plaintiff,*

-against-

**TETYANA NILSSON,**

*Defendant.*

FILED

DEC 16 2011

AT
N.Y. CO. CLK'S OFFICE

### NOTICE OF SETTLEMENT

To the best of my knowledge, information and belief, formed after an inquiry reasonable under the circumstances, the presentation of these papers or the contentions therein are not frivolous as defined
in subsection (c) of section 130-1.1 of Rules of the Chief Administrator (22NYCRR).

Crystal Doyle
Of Counsel, inMotion, Inc.
Attorneys for Defendant
70 West 36th Street, Suite 903
New York, New York 10018

*To:*

*Service of a copy of the within* _____ *is hereby admitted.*

*Dated:* _____

*PLEASE TAKE NOTICE*

    that the within is a (certified) true copy of a
entered in the office of the clerk of the within named court on

    that an Order of which the within is a true copy will be presented for
settlement to the Hon. one of the judges of the within named court at
on          2011, at        M.

*Dated:*
*To:*

| M-2010-6 | THE CITY OF NEW YORK<br>OFFICE OF THE CITY CLERK<br>MARRIAGE LICENSE BUREAU | License Number<br>M-2010-4680 |

# Certificate of Marriage Registration

**This Is To Certify That**    BILLY BONIFACE EDO

residing at    44 EAST 32ND STREET Apartment # 11TH FL, NEW YORK, NY, 10016, United States

born on    07/24/1957      at    BENIN-CITY  Nigeria

RAYMOND EDO born in Nigeria & COMFORT EDISON born in Nigeria

and    TETYANA  NILSSON    New Surname : EDO

residing at    44 EAST 32ND STREET Apartment # 11TH FL, NEW YORK, NY 10016, United States

born on    12/11/1974      at    DONETSK  Ukraine

VITALIY SAYENKO born in Ukraine & NELIY KONOSHEUKOVA born in Ukraine

## Were Married

on    03/25/2010      at    The Office of the City Clerk

BY BLANCA MARTINEZ      141 WORTH STREET

NEW YORK, NY 10013

United States

Witnessed by HAYAT ELHAMDAQUI

(Groom was married 1 time(s) before; Bride was married 1 time(s) before)

as shown by the duly registered license and certificate of marriage of said persons on file in this office.

## CERTIFIED THIS DATE AT THE CITY CLERK'S OFFICE

Manhattan             July   09,   10

N.Y.                          20

PLEASE NOTE: Facsimile Signature
and seal are printed pursuant
to Section 11-A, Domestic
Relations Law of New York.



Michael McSweeney

State of New York, Family Court of
the County of Queens, at Queens
County, 151-20 Jamaica Avenue,
Jamaica, NY 11432, on August 22,
2011

**PRESENT:**   Hon. Dennis Lebwohl

In the Matter of a **Family Offense** Proceeding

Tetyana Nilsson,

                                   Petitioner,

- against -

Billy Edo,

                                   Respondent.

**File #:**      105880
**Docket #:**   O-22040-10

**ORDER OF DISMISSAL**

          A petition under Article 8 of the Family Court Act, having been filed in this Court on October 6, 2010 for the following: Order of Protection;

          And the matter having duly come on to be heard before this Court and the following having appeared: Billy Edo;

          NOW, after examination and inquiry into the facts and circumstances of the case, it is hereby

          ADJUDGED that the petition is dismissed due to failure of Petitioner to appear; it is therefore

          ORDERED that the petition herein is dismissed without prejudice.

          PURSUANT TO SECTION 1113 OF THE FAMILY COURT ACT, AN APPEAL FROM THIS ORDER MUST BE TAKEN WITHIN 30 DAYS OF RECEIPT OF THE ORDER BY APPELLANT IN COURT, 35 DAYS FROM THE DATE OF MAILING OF THE ORDER TO APPELLANT BY THE CLERK OF COURT, OR 30 DAYS AFTER SERVICE BY A PARTY OR THE ATTORNEY FOR THE CHILD UPON THE APPELLANT, WHICHEVER IS EARLIEST.

Dated: August 22, 2011                         **ENTER**

                                        Hon. Dennis Lebwohl

Check applicable box:
☐ Order mailed on [specify date(s) and to whom mailed]:_____
☐ Order received in court on [specify date(s) and to whom given]:_____

# EXHIBIT -  J

# Page - 189



U.S. Citizenship
and Immigration
Services

TO:                                              **DATE: September 28, 2011**
**Billy Edo**
**44 East 32nd Street 11th Floor**
**New York, NY 10016**                          **Application: Form I-485**

                                                 **File**        SRC 1003752795
                                                 **Number:**     A 87 667 729

**DECISION**

Section 245(a) of the Immigration and Nationality Act, as amended, states in pertinent part that the status of an alien who was inspected and admitted or paroled into the United States... may be adjusted by the Attorney General, in his discretion and under such regulations as he may prescribe, to that of an alien lawfully admitted for permanent residence if

> (1) the alien makes an application for such adjustment,
> (2) the alien is eligible to receive an immigrant visa and is admissible to the United States for permanent residence, and
> (3) an immigrant visa is immediately available to him at the time his application is filed.

8 C.F.R. § 245.1(a) states in pertinent part that an alien is eligible to apply for adjustment of status to that of a lawful permanent resident provided that, among other things, an immigrant visa is immediately available at the time of filing of the application.

A review of your file indicates that an Immigrant Petition for Alien Worker (Form I-140) was filed by Hotel Management Marketing Industrial Service Inc. on November 24, 2009.   Form I-140 was subsequently denied on June 15, 2011.  A review of USCIS records fails to demonstrate that you are the beneficiary of an approved immigrant visa petition

In *Matter of Tanahan*, 18 I&N Dec 339 (BIA 1981), it was held that the determination to grant permanent residence status under Section 245 of the Immigration and Nationality Act (8 U.S.C. 1255) lies entirely within the discretion of the Attorney General.

The burden of proof in the proceedings lies solely with the applicant. (Section 291 of the Immigration and Nationality Act, 8 U.S.C. 1361).  You have not sustained that burden and therefore you have failed to prove eligibility.  Accordingly, your application must be denied.

This decision leaves you without lawful immigration status and you are therefore present in the United States in violation of the law.  You are required to depart the United States.  Remaining in the United States without authorization may result in the initiation of removal proceedings against you and may affect your ability to return to the United States in the future.

You have the opportunity to file a motion to reopen or reconsider as specified in 8 C.F.R. Section 103.5(a). A motion to reopen or reconsider an application must be filed on Form I-290B with the proper fee, within thirty (30) days of this decision (33 days if this notice was mailed to you).  Form I-290B, if filed, must be

This decision is without prejudice to any other benefits that you are seeking or likely to seek.

Sincerely.

Gregory A. Richardson
Director
Texas Service Center

Officer # 171

# MIS

44East 32ND Street, 11Floor   New York, NY 10016

Tel: (888) 794 – 0292                                      Fax: (888) 794 - 1292

U S Citizenship and Immigration Service
USCIS                                        **Petition:** Form 1-912
Attn: 290B
1820 E. Skyharbor Circle S            **Ref: Request for fee waiver**
Suite 100
Phoenix, AZ 85034                         Beneficiary: **Billy Edo**

                                         Applicant: **# A-87667729**

Petitioner: Jose Nero.                 Date:  October 27.2011

## RE:  APPLICATION FOR REQUEST FOR WAIVER FEE IN PROCESS TO REOPEN AND RECONSIDER OF A DECISION .

Dear Sir/Madam

I am the representative and the vice President and managing director) for **HMIS Inc**) that the above
 Name **Billy Edo** is the applicant of this application form 1-912, that he is respectfully requesting for fee
Waiver in support of his case for reopen and reconsideration of a decision from USCIS in Texas for his form 1-140 , 1-131 and form 1-

485 for adjustment of status for his permanent resident permit for him and his family.

## MARRIAGE  FRAUD VICTIM

That Mr Edo is currently facing financial hardship because of his Wife (Tetyana Neilson )by married name (Tetyana Edo ) who conspired with one of the New York black police officer to invaded his properties and valuable documents to fraud his company asserts after five weeks of their marriage in the city hall in New York without court warrant under sexual influence that resulted to his family problem, loss of wages, jobs and his company  which is under temporary suspension since May 28 2010 – 2011 because of the ongoing case for fraud married or divorce in (Family court and Supreme Court of New York for her demanding for **$10,million** Dollars  claim from Mr Edo of which the case was dismissed on the **August 22, 2011** by family court  and pending hearing from the supreme court for annulment of Fraud marriage in November 7,2011 That  we enclosed here a copies  of the court order of dismissal including from the New York Police internal as a prove as truth evidence of her claim. Mr Edo documents and personal Identities which was  stolen during their invasion of my personal and companies the officer was using these documents for petitioning me from immigration and worker compensation that resulted my immigration request more prove of evident in support of my company  for form 1-140 application which was petition on the November 24, 2009 . The police officer intentionally and emotionally abused him by inferring into Mr Edo economic prospective and family affairs to fraud Mr Edo which constitute to commission of crime acts.

That this incident happened in **May 22nd 2010** and it was reported to the Authority on the December 9, 2010 to ( **New York Police internal affairs and the Attorney General** )for investigation and

disciplinary action against both parties. That Mr Edo is pleading to the adjudicators under this circumstance and situation under the law pursuant to **[ section 3.47** for consideration.

That Mr Edo is facing financial difficult at this time of his life because of his family that he was unable to pay her child support back to Germany because of this condition and furthermore he was hoping of her daughter coming to united State for her studies and as well she has unique medical condition which can be treated only in United state. She developed this medical attention because she has never seen her father for the past 9 years because he is in united state because of his company business activities that the father was waiting for their approval of his form 1- 485 adjustment status for himself and her daughter which will enable him to travel to Germany and resolve his family problem including his business bank who is in change of his company financing in Germany and United State entity.

That Mr Edo need his permit resident permit ( form 1-485 Adjustment of status approval to enable him to proceed his companies business Development project funding in united state and abroad including to deal with his bank in Germany for more funding transfer to support the US entity and create more jobs because he has already invested large some of investment in united state project. That the Germany bank need his Urgent Permanent resident permit status as a prove living in united state before any financial transaction to avoid excess losses according to his banks advisory and the company management board personals in both in Germany and United state. That the enclose report to the New York Police internal affairs and Attorney General stands as prove evidence as a cause of action and irreparable harm as result of disruption of his business opportunities and family.

With this circumstance Mr Edo is pleading to the adjudicators under your jurisdiction level of your administrative office for understanding and consideration of his waiver fee request relief and the approval to reopen and reconsider of decision in file pasted by USCIS in Texas service including the approval of his Form 1-485 adjustment of status and form 1-140 with new facts in support as a prove in this motion and evidentiary materials for your verification pursuant to **8 C.F.R section 1003.23.(b)(b)(3)**

That Mr Edo is pleading under this condition because of the crime acts performed and committed by my wife ( Tetyana Edo )and one of the black police officer misconduct  under conspiracy and sexual influence  using my stolen documents petitioning and tracking my private and company record to harm me and as well creating defamatory information to the public and governmental sectors that lead to Immigration investigating my files and worker compensation including IRS in order  to terminate his existing marriage to remarriage his wife  that is affecting his members of family back home of his **child support, deprivation of medical served service. Loss of US Jobs, his permanent resident permit status, and his family sponsors including his companies business activities** which is under temporary suspension in both U SA and Germany because of court pending and proceeding  in the supreme court.

 That we are hoping to reopen our company again between November 20th and December 19th 2011
That we are sending the following documents in support of the form 1-912 for request for waiver fee
For this motion to reopen and to reconsider a decision because of Mr Edo bills and debt to pay up at this time to get his business up and running after the supreme court hearing decision of his wife divorce or annulment of marriage void from the proceeding Judge on the November 2011.

1) Regus   Management lease contract agreement bills   for his (**HMIS security USA** )Company in New York
2) Office links Rental agreement for (**HMIS Hotelmanagement Marketing and industrial Service Inc**) office in Chicago.
3) W-2 for Tax return of 2010.
4) New York state office of victim service assistance because of the police crime act.
   Waiting for their answer notice since October 8,2011.
5) Old bills for office lease unpaid till because of the black police misconduct for harassment and discrimination that affected my company between 2002 to 2011 all are under investigation.
6) A copy of worker company bill of $9.250 to be paid as evidence of the acts for stolen his and be using them for petitioning his company from this element and it is still pending case because their was non of his workers was sustain injury or file any  claim from worker compensation.
7) Invoice bill  from storage post
8) Bill from TRS Professional suite,
9) Personal loan from the TB BANK.
10)     Rent receipt

 if you have any questions regarding this matter,  Please do not hesitate to contact me by e-mail> jose-hmis11@usa.com or call 917 – 543- 3579.
We are looking forward for position relief and the approval of his application.


Respectfully with honor


Jose  Nero
The Vice president and Managing Director.
Hmis  Inc.

# EXHIBIT - K

# Page - 190 - 191

WORKERS' COMPENSATION BOARD
JUDGMENT UNIT
20 PARK STREET
ALBANY, NY  12207

(866) 298-7830

**ANDREW M CUOMO**
GOVERNOR

**ROBERT E BELOTEN**
*CHAIR*

September 9, 2011

HMIS HOTEL MGMT MARKETING & INDUSTRIAL
SERVICES
PO BOX 1296
NEW YORK NY 10150-1296

Re:   WCB Employer Number: 2107955
      Period of Noncompliance: 3/23/03-3/31/04

Dear Mr. Edo:

Thank you for your correspondence which included the partial corporate federal tax returns for 2003 and 2004.

The records of the Workers' Compensation Board indicate that a judgment in the amount of $9,250.00 has been filed against the above named employer for failure to carry required workers' compensation insurance for the period 3/23/03-3/31/04.

Please provide the Board with the following additional information and documentation so that the Board may fully evaluate this matter.

1.   The returns for 2003 and 2004 have deductions for salary and wages in the amount of $30,000 and $600. Regarding these deductions, please provide the following:

     (a) The identities of those paid;

     (b) The amounts paid and date of payment;

2.   The return for 2003 has "other deductions" for which no schedules or statements of explanation were provided. Please provide those schedules or statements and if any of these deductions were for labor in any form, please provide the following:

     (a) The identities of those paid;

     (b) The amounts paid and date of payment;

     (c) The type of engagement of each individual and any documentation substantiating the engagements to which the expenses apply.  For example, such documentation may include contracts, agreements, work orders, etc.

     (d) Please advise as to the nature of the labor performed by the individuals and/or entities paid.

     (e) Please advise whether the individuals and/or entities paid maintained workers' compensation insurance, and, if so, provide documentary proof of such coverage.

3.   A statement stating, if true, that you Billy Edo were the sole officer and sole shareholder of the corporation for the entire period of non compliance noted above.

CORRJU

4.    Any further letter of explanation from the employer you wish, addressed to the Board, clearly indicating the reason or reasons why the above named employer, is not responsible for the penalties discussed in this letter. The letter of explanation must also set forth (a) the name of the employers business exactly and (b) be signed by an officer of the employer and include the officers title. The letter also may be signed by the employer's lawyer.

The Board will review the documentation you submit, and may require additional documentation. Unless the above conditions are met, the judgment and its underlying penalties remain valid and enforceable.

Thank you for your continuing cooperation and attention to this matter.

Very truly yours,

Alberta Ryan-Pepper
Legal Assistant
Judgment Unit

# NEW YORK STATE WORKERS' COMPENSATION BOARD
## BUREAU Of COMPLIANCE
### (866) 298-7830

BILLING STATEMENT FOR: HMIS HOTEL MGMT MARKETING & INDUSTRIAL
HMIS HOTEL MGMT MARKETING & INDUSTRIAL
SERVICES
PO BOX 1296
NEW YORK, NY 10150-1296

WCB EMPLOYER NUMBER: 2107955
FMIS Account Number: 1253668
Statement Date: August 18, 2
Statement Group: 8

**SECTION A.** This section lists all outstanding penalties issued against you for non-compliance with the Workers' Compensation Law. Violation found under Section 52(5)

| Penalty Order # | Description | Penalty Period | Opening Balance | New Charges | Adjustments | Payments Received | Ch |
|---|---|---|---|---|---|---|---|
| 2006W0067958 | Penalty for not having Workers' Compensation Insuranc | 03/23/2003 – 03/31/2004 | 9,250.00 | 0.00 | 0.00 | 0.00 | |

## SUMMARY SECTION

| | Opening Balance | New Charges | Adjustments | Payments Received | |
|---|---|---|---|---|---|
| Summary Total of Activity | 9,250.00 | 0.00 | 0.00 | 0.00 | |

* The Total Due in Summary Section includes $9,250.00 net due in judgment its obtained in New York State Supreme Court

FM-608WC

# EXHIBIT - L

# Page - 221



**Bellevue** Hospital Center
South Manhattan Healthcare Network

First Ave & 27th St, New York, NY 10016  tel 212.562.4141

9/16/13

New York

To whom it may concern:

BILLY EDO has been in treatment in the hospital from  9/10/13 and will be discharged today 9/16/13
with outpatient follow up.

Any further information is contingent of HIPPA confidential regulations, with the appropriate consent by
the patient.

Sincerely

Federico Zuniga MD
Bellevue Hospital Center
212-562-6598

# EXHIBIT - M

# Page – 232 - 233