### United State District Court – Eastern District of New York

UNITED STATE DISTRICT COURT
EASTERN DISTRICT OF NEW YORK      CV 16 - 4155
-----------------------------------------------------X

| | |
|---|---|
| Billy Edo | AFFIRMATION SUPPORT IN THIS MOTION AND COMPLAINT |
| Plaintiff (s) | |
| -against- MATSUMOTO, J. SCANLON, M.J. | Jury Trail Demanded |
| New York City | Date: July 26, 2016 |
| Defendant (s) | |

-----------------------------------------------------X

**RECEIVED JUL 27 2016 PRO SE OFFICE**

AFFIDAVITE OF SUPPORT

1. That Billy Edo is the true plaintiff in this civil action filing this motion and complaint against the defendant as result of his agents violation of plaintiff constitutional civil rights under section 1983.

2. That both parties are resident of New York City.

3. That the plaintiff (Billy Edo) has graduated in American and European law school that he is presenting himself in this civil case, hereby affirms under penalty of perjury :

4. That the plaintiff is submitting this affirmation in support of this motion and complaint leave for summary of judgment.
Under judicial system therein deems effective and affirmative filed July 26, 2016.

MATSUMOTO, J.

SCANLON, M.J.

That Billy Edo is the true plaintiff in this case that he deemed to be representing himself in this civil action or act as a witness that may applies with these alleges thereof violations of constitutional civil rights under racial discrimination and harassment, equal protection of law, due process of clause including EEOC Title VII of civil rights Act of 1964 and ADEA Age discrimination of Act of 1967 under retaliation of an action as the material fact for court finding and question the law therein this case which deems and affirmative in support.

WHEREFORE, plaintiff is respectfully bringing this civil lawsuit against the defendant as matter of law as result of his agents inconsistence and inadequate engagement in unlawfully racial discrimination and harassment under color of law that terminated plaintiff Equal employment opportunity, civil rights benefit for summary of judgment with the order of court and jury finding and question the law therewith this proceedings and a decision from the court to grant the plaintiff punitive damage and compensatory of *$390 million dollars* relief to the plaintiff as court deem proper as result of his suffering and pain sustained from the defendant agents under negligence.

That Billy Edo, being duly sworn says that I am the true person in this above civil action case proceedings and that the forgoing case is true to be his best knowledge, therein that as the matter of state to this action and information and belief and to those matters that he believes them to be true.

Sworn to before me

July 26, 2016

Name Notary Public  PATRICK LEUNG
PATRICK LEUNG
NOTARY PUBLIC, STATE OF NEW YORK
NO. 01LE6175038
QUALIFIED IN QUEENS COUNTY
COMMISSION EXPIRES OCT 01, 2019

Billy   Edo
Plaintiff pro se

Submitted on the 7/27/2016